AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-cv-6499-FLA (MARx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Advent Consulting, Inc.

was received by me on *(date)*   11/01/2022   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Advent Consulting, Inc.'s address for service of process is 10586 W. Pico Blvd., #321, Los
Angeles, CA 90064.  This address corresponds to a mailbox in a Commercial Mail
Receiving Agency called Printing Fly. I personally served the summons on Bryan Martinez,
the clerk at that address, on behalf of Advent Consulting, Inc., on November 4, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/09/2022

*Server's signature*

Sean Borden, Investigator, CA Dept. of Fin. Prot. & Innovation
*Printed name and title*

CA Dept. of Fin. Prot. & Innovation
320 West 4th Street, Suite 750
Los Angeles, California 90013
*Server's address*

Additional information regarding attempted service, etc:
Additional documents served along with Summons:  (1) First Amended Complaint for Permanent Injunction, Monetary
Relief, and Other Relief [Dkt. No. 43]; (2) Initial Standing Order [Dkt. No. 23]; (3) Order Granting Plaintiffs' Ex Parte
Application for Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, Limited
Expedited Discovery, and Order to Show Cause Why Preliminary Injunction Should Not Issue [Dkt. 25]; and (4) Order
Granting Plaintiffs' Request for Preliminary Injunction with Asset Freeze and Extending Authorization of Temporary
Receiver Through the Pendency of the Action [Dkt. No. 40].