AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-6499-FLA (MARx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equity Relief Funding, Inc.
was received by me on *(date)* 11/01/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Equity Relief Funding, Inc.'s address for service of process is 8484 Wilshire Blvd., Suite 515, Beverly Hills, CA 90211. This address corresponds to a virtual office called FGS Business Center (FGS). On 11/08/22, I served the office manager at FGS, Rafael Montes, on Equity Relief Funding, Inc.'s behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/09/2022

*Server's signature*

Sean Borden, Investigator, CA Dept. of Fin. Prot. & Innovation
*Printed name and title*

CA Dept. of Fin. Prot. & Innovation
320 West 4th Street, Suite 750
Los Angeles, California 90013
*Server's address*

Additional information regarding attempted service, etc:
Additional documents served along with Summons: (1) First Amended Complaint for Permanent Injunction, Monetary Relief, and Other Relief [Dkt. No. 43]; (2) Initial Standing Order [Dkt. No. 23]; (3) Order Granting Plaintiffs' Ex Parte Application for Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, Limited Expedited Discovery, and Order to Show Cause Why Preliminary Injunction Should Not Issue [Dkt. No. 25]; and (4) Order Granting Plaintiffs' Request for Preliminary Injunction with Asset Freeze and Extending Authorization of Temporary Receiver Through the Pendency of the Action [Dkt. No. 40].