## DECLARATION OF COREY COPELAND

1.    My name is Corey Copeland.  I reside in Bridge City, Texas.  I am over 18 years old.  The following statements are within my personal knowledge.

2.    My wife and I own a home in Texas.  Freedom Mortgage ("Freedom Mortgage") has been my mortgage lender since 2019, when we purchased the home. Originally, the interest rate on my mortgage was approximately 5%, and my monthly payments to Freedom Mortgage were approximately $2,300 per month.

3.    In mid-2021, I began to look for ways to lower my monthly mortgage payments.  I had previously reached out to Freedom Mortgage to explore the possibility of a forbearance but wasn't able to move forward with that option.

4.    In June 2021, I was contacted by several companies offering mortgage relief services.  On or about June 14, 2021, I received a telephone call from someone named "Kate" at Golden Home Services America ("GHSA").   Kate told me that GHSA was a mortgage company that was working with the government to restructure peoples' mortgages and provide lower interest rates because of the COVID-19 pandemic.

5.    Kate told me they worked "hand in hand" with Freedom Mortgage and she knew my personal identifying information, including my social security number, my Freedom Mortgage account number, monthly payment amount, and total balance due.  Consequently, I believed that GHSA was affiliated with or working directly with Freedom Mortgage.

6.    Kate did not inform me that GHSA wasn't associated with the government or my lender, and did not inform me that my lender may not agree to change the terms of my mortgage.

7.    Kate did not inform me of the total cost of GHSA's services.  Instead, she stated that I would have to keep making monthly payments to GHSA until the modification process was complete, which would take three to four months.  Kate told me that after the modification was completed, I would resume making monthly

payments to Freedom Mortgage, but the monthly payments would be $600-$700 lower than my original monthly payments.

8.     Kate told me that my Freedom Mortgage account had been placed in a non-payment status and instructed me to not communicate directly with Freedom Mortgage or send payments to them.  Kate did not inform me of any negative consequences that could result from doing so.  Based on Kate's statements to me, I believed that I could stop making payments directly to Freedom Mortgage without incurring a delinquent or default status, incurring penalties or fees, or otherwise negatively impacting my credit score.

9.     Shortly after my conversation with Kate, GHSA sent me a packet of documents to fill out and return.  The documents were similar to the types of documents I had previously filled out for Freedom Mortgage.

10.     After I signed and returned the paperwork, I received telephone call from someone at GHSA, informing me of my payment schedule.  The first payment was to be $2,012.11; the second payment was to be $1,811.89; and the third payment was to be $1,607.03.  Thereafter, my monthly mortgage payments would be $1567.55.  I also received an invoice stating the same.  (A true and correct copy of that invoice redacted to remove my loan account number, is attached hereto as Attachment A.)

11.     I do not usually have access to personal checks from my bank and I am not able to go to the bank and/or post office during weekday business hours, so my mother, Mary Copeland, helped me with sending payments to GHSA.  On or about July 8, 2021, my mother wrote a check payable to GHSA in the amount of $2,012 and mailed the check to GSHA.  (A true and correct photocopy of the July 8, 2021, check redacted to remove the payee address and account number, is attached hereto as Attachment B.)  I subsequently reimbursed my mother for this payment.

12.    On or about August 6, 2021, my mother wrote a check payable to GHSA in the amount of $1,811 and sent the check to GSHA.  (A true and correct photocopy of the July 8, 2021, check redacted to remove the payee address and account number, is attached hereto as Attachment C.)  I subsequently reimbursed my mother for this payment.

13.    On or about September 3, 2021, I received an email from Kourtney Cruz ("Cruz") whose email address was kourtney@goldenhomeservicesamerica.com. Attached to the email were an invoice for my next payment, and a pre-paid Fedex label addressed to GHSA at 3580 Wilshire Blvd Suite #900-39, Los Angeles CA 90010.  (A true and correct copy of Cruz's September 3, 2021, email and attachments redacted to remove my email address, home address, and phone number, is attached hereto as Attachment D.)

14.    On or about September 7, 2021, my mother wrote a check payable to GHSA in the amount of $1,607 and sent the check to GSHA using the prepaid Fedex label provided.  (A true and correct photocopy of the September 7, 2021, check redacted to remove the payee address and account number, is attached hereto as Attachment E.)  I subsequently reimbursed my mother for this payment.

15.    On or about October 4, 2021, I received an email from Liam Hunt ("Hunt") whose email address was liam@goldenhomeservicesamerica.com. Attached to the email was a prepaid Fedex label addressed to GHSA at 3580 Wilshire Blvd Suite #900-39, Los Angeles CA 90010.  (A true and correct copy of Hunt's October 4, 2021, email and attachment redacted to remove my email address, home address, and phone number, is attached hereto as Attachment F.)

16.    On or about October 5, 2021, my mother wrote a check payable to GHSA in the amount of $1,567 and sent the check to GSHA using the prepaid Fedex label provided.  (A true and correct photocopy of the October 5, 2021, check redacted to remove the payee address and account number, is attached hereto as Attachment G.)  I subsequently reimbursed my mother for this payment.   On or about October

29, 2021, I received an email from Monica Dolen ("Dolen") whose email address was monica@goldenhomeservicesamerica.com.  Attached to the email was a prepaid Fedex label addressed to GHSA at 3580 Wilshire Blvd Suite #900-39, Los Angeles CA 90010.  (A true and correct copy of Dolen's October 29, 2021, email and attachment redacted to remove my email address, home address, and phone number, is attached hereto as Attachment H.)

17.    In November 2021, I became concerned that the process was taking so long.  I looked up GHSA on the Better business Bureau website and saw numerous consumer complaints against them.  I called Freedom Mortgage's automated customer service line and learned that I had a balance due of $11,000.  I called GHSA and asked for a refund of the money I paid them.  The woman I spoke with was very rude and even cursed at me.

18.    Following that phone conversation, I received a telephone call from a man who said he was the CEO of GSHA.  I recorded this conversation. (A true and correct transcript of the recording, is attached hereto as Attachment I.)

19.    In this conversation, the man told me that the loan modification process was taking longer than GSHA had originally promised me because of COVID-related impacts on the mortgage companies, the IRS, and my mortgage servicer.  He also blamed Freedom Mortgage for being involved in other litigation.

20.    The man on the phone assured me that the monthly payments I had been making to GSHA were being applied to my mortgage loan, and that my mortgage was being reported as current and in good standing with my investor and the federal government.  He told me that the $11,000 balance due on my Freedom Mortgage account would be forgiven under the CARES Act.

21.    The man on the phone warned me that if I did not continue to make monthly payments to GHSA, my investor would "re-evaluate" our agreement.  I understood this to mean that if I did not continue making monthly payments to GHSA, I would not longer receive the benefits GSHA had promised under our

agreement, namely a lowered interest rate, lowered monthly payments, and a lowered balance.

22.     Despite GHSA's instructions not to, I reached out to Freedom Mortgage directly.  A Freedom Mortgage representative informed me that they had received a cease-and-desist letter and third party authorization form from GHSA, and consequently they had not reached out to me directly despite not receiving payment for several months.  This was the first time I learned of the cease-and-desist letter and third party authorization form, which I had not asked for or authorized.  I had to make several calls and send emails to Freedom Mortgage to get the cease-and-desist letter removed from my account.  A Freedom Mortgage representative told me that they do not work with GHSA, and that my loan was not in a non-payment status.

23.     Representatives from GSHA continued to call me to ask for additional payments.  I did not make any more payments to GHSA.  I asked for a refund on several occasions, but to date they have not responded to my requests.

24.     In total, I paid GHSA $6,997.  I have requested a refund on several occasions, but to date GHSA has refused to return any of the payments I made to them.

25.     In addition to the money I lost to GHSA, I have missed multiple payments on my mortgage which I now have to make up.  I have spent a significant amount of time and effort trying to get back on track with my mortgage with Freedom Mortgage.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at _BridgeCity_ , Texas on _7-14-2022_ , 2022.

_____

COREY COPELAND

ATTACHMENT A

 
DocuSign Envelope ID: 4C1C1523-0A6E-44C1-BF9A-583F9C8D1974

### Golden Home Services America

**INVOICE**

3580 Wilshire Blvd suite #900-39
Los Angeles, Ca, 90010
Phone: (800)818-1547 Fax: (213) 279-2512

LOAN # ▮▮▮▮▮▮▮▮

FOR: Loan Restructure
Compliance Audit

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| LOSS MITIGATION / NPV ADJUSTMENT / LOGISTICS ANALYSIS MITIGATION / BPO/ POSTPONEMENT | INVESTOR ALLOC | |
| JUNE 21ST, 2021 | 1 | $ 2,012.11 |
| JULY 07TH, 2021 | 1 | $ 1,811.89 |
| AUGUST 07TH, 2021 | 1 | $ 1,607.03 |
| SEPTEMBER 07TH, 2021/OCTOBER 07TH, 2021 | 2 | $ 1,567.55 |
| | TOTAL DUE | $APPL |

#### HOW TO MAKE A PAYMENT:

Certified Funds Only; Cashier's Check or Money Order

Make payable to: **Golden Home Services America**

3580 Wilshire Blvd suite #900-39

Los Angeles, California 90010

Please Fax or Email Conformation Fax: (213) 279-2512

Email: support@goldenhomeservicesamerica.com

*****Late payments will be subject to a late penalty of up to $150 dollars*****

Pg# 5

---

DocuSign Envelope ID: 4C1C1523-0A6E-44C1-BF9A-583F9C8D1974



## Authorization to Represent Form

1st Loan

# ATTACHMENT B



GERALD W. COPELAND
MARY B. COPELAND

SOUR LAKE, TX 77659

DATE 7·08·2021

PAY TO
THE ORDER OF  Golden Home Services    $ 2012.⁰⁰

Two thousand twelve    DOLLARS

**Community Bank** OF TEXAS
www.communitybankoftx.com

May Copland

MEMO

# 2305    $2,012.00    7/13/2021

---

**UNITED STATES POSTAL SERVICE.**

SOUR LAKE
665 6TH ST
SOUR LAKE, TX 77659-0289
(800)275-8777

07/08/2021                    03:13 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 1-Day | 1 | | $26.35 |
| Flat Rate Env | | | |
| Los Angeles, CA 90010 | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Date | | | |
| Fri 07/09/2021 06:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: | | | |
| EJ875281553US | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |

Total                              $26.35

Grand Total:                       $26.35

Credit Card Remitted               $26.35
  Card Name: VISA
  Account #: XXXXXXXXXXXX6012
  Approval #: 518031
  Transaction #: 048
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

*****************************************
USPS is experiencing unprecedented volume
   increases and limited employee
   availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

Save this receipt as evidence of

ATTACHMENT C

GERALD W. COPELAND
MARY B. COPELAND

88-1198 17
1131

2311

SOUR LAKE, TX 77659

DATE 8-06-21

PAY TO THE ORDER OF  Golden Home Service America  $ 1811.00

One thousand eight hundred eleven  DOLLARS

**Community Bank** OF TEXAS
www.communitybankoftx.com

MEMO Corey Copeland

Mary Copeland

MP

# 2311   $1,811.00   8/12/2021

GERALD W. COPELAND
MARY B. COPELAND

2311

SOUR LAKE, TX 77659

DATE 8-06-21

PAY TO THE ORDER OF  Golden Home Service America  $ 1811.00

One thousand eight hundred eleven  DOLLARS

**Community Bank** OF TEXAS

MEMO Corey Copeland

Mary Copeland

**FedEx Office**

Address:     5775 EASTEX FWY
             BEAUMONT
             TX 77706

Location:    BPTK
Device ID:   -BTC02

FedEx Express Package(s) - Dropped Off
79118045I602    0.10    lb (S)

Total Pieces:    1

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Aug 06, 2021 4:07:41 PM

********* WE LISTEN *********
Tell us how we're doing
& receive a discount on your next order!
fedex.com/welisten or 800-398-0242
Redemption Code: _____

## Thank you ##

# ATTACHMENT D

**Cheung, Carla**

---

**To:** Corey Copeland
**Subject:** RE: GHSA


Begin forwarded message:

> **From:** Kourtney Cruz <<u>kourtney@goldenhomeservicesamerica.com</u>>
> **Date:** September 3, 2021 at 2:42:22 PM CDT
> **To:** ███████████████████
> **Subject:** GHSA

Hello,

Please go ahead and see the attached documents. I have provided an invoice and return label so you can send your payment. Also per our conversation, send over three years of your tax returns, must be signed and only the 1040 pages. And please send us any mail that pertains to your home.

Thank You in advance,

_____

**Kourtney Cruz | Processing Department**

**Golden Home Services America**


3580 Wilshire Blvd Suite # 900-39

Los Angeles, CA 90010



**Direct Line:**    (213) 788-4566

**Toll-Free:**    (800) 818-1547

**Fax Number:**    (213) 279-2512

**Email:**    kourtney@goldenhomeservicesamerica.com

**Website:**    https://goldenhomeservicesamerica.com

*"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message." Thank you for your cooperation"*



# Golden Home Services America

3580 Wilshire Blvd Suite #900-39
Los Angeles
90010
(800)818-1547
kourtney@goldenhomeservicesamerica.com

**INVOICE**
INV0047

**DATE**
Sep 3, 2021

**DUE**
On Receipt

**BALANCE DUE**
USD $1,607.00

**BILL TO**

## COREY W COPELAND

████████████████

BRIDGE CITY

77611

████████████

██████████████████

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| 09/09/21 | $1,607.00 | 1 | $1,607.00 |

| | | |
|---|---|---|
| **SUBTOTAL** | | $1,607.00 |
| **TAX (0%)** | | $0.00 |
| **TOTAL** | | $1,607.00 |
| **BALANCE DUE** | | **USD $1,607.00** |



ORIGIN ID:OZEA
COREY1 COPELAND
BRIDGE CITY, TX 77611
UNITED STATES US

TO  LARRY MILLER
GOLDEN HOME SERVICES AMERICA
3580 WILSHIRE BLVD
SUITE # 900-39
LOS ANGELES CA 90010

(800) 818-1547

SHIP DATE: 03SEP21
ACTWGT:1.00 LB
CAD: 2529535761/NET4400

REF:
DEPT.

PO:
INV:
RMA:

56DJ3/169A/FE4A

TRK#
0221   7911 8983 1918

RETURNS ** 2DAY **
MON-FRI

CA-US

90010

FedEx Express

J21202107090Iuv

---

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ATTACHMENT E



# Golden Home Services America

INVOICE

INV0047

3580 Wilshire Blvd Suite #900-39
Los Angeles
90010
(800)818-1547
kourtney@goldenhomeservicesamerica.com

**DATE**
Sep 3, 2021

**DUE**
On Receipt

**BALANCE DUE**
USD $1,607.00

**BILL TO**

## COREY W COPELAND



BRIDGE CITY

77611

# 2325    $1,607.00    9/10/2021

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| 09/09/21 | $1,607.00 | 1 | $1,607.00 |
| | SUBTOTAL | | $1,607.00 |
| | TAX (0%) | | $0.00 |
| | TOTAL | | $1,607.00 |
| | BALANCE DUE | | **USD $1,607.00** |



ATTACHMENT F

**Cheung, Carla**

**To:**                Corey Copeland
**Subject:**       RE: Fedex label for Corey Copeland

Begin forwarded message:

> **From:** Liam Hunt <liam@goldenhomeservicesamerica.com>
> **Date:** October 4, 2021 at 5:29:41 PM CDT
> **To:** ████████████████████
> **Subject: Fedex label for Corey Copeland**
>
> Hi Corey,
>
> I trust this email finds you well.
>
> Attached to this email please find a PDF file of your FedEx label.
>
> Kindly print this label and take it to your local FedEx office to ship your payment.
>
> Certain FedEx locations can even scan the barcode of the label directly from your smartphone device.
>
> If you have any questions or concerns please do not hesitate to contact me.
>
> Thank you so much and have a great day.
>
> Sincerely
>
> Payment amount:  $1567
>
> _____
>
> **Liam Hunt | Billing Department**
>
> **Golden Home Services America**
>
> **3580 Wilshire Blvd suite #900-39**
>
> **Los Angeles, CA 90010**



**Direct Line:**    (213) 788-4559

**Toll-Free:**    (800) 818-1547

**Fax Number:**    (213) 279-2512

**Email:**    liam@goldenhomeservicesamerica.com

**Website:**    https://goldenhomeservicesamerica.com

*"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message." Thank you for your cooperation"*



**TRK#**
`0221`
7911 9486 5499

RETURNS MON-FRI
** 2DAY **

CA-US

90010

TO
LARRY MILLER
GOLDEN HOME SERVICES AMERICA
3580 WILSHIRE BLVD
SUITE # 900-39
LOS ANGELES CA 90010
(800) 818-1547

ORIGIN ID:OZAA
COREY T COPELAND
BRIDGE CITY, TX 77611
UNITED STATES US

SHIP DATE: 04OCT21
ACTWGT:1.00 LB
CAD: 25292557/INET14400

REF:
DEPT:
RMA:
PO:
INV:

J212021070901uv

56DJ2/0778/FE4A

---

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ATTACHMENT G



GERALD W. COPELAND
MARY B. COPELAND

SOUR LAKE, TX 77659

2342

DATE 10-5-21

PAY TO
THE ORDER OF Golden Home Services                    $ 1567 00

One thousand five hundred sixty seven DOLLARS

**CommunityBank**
OF TEXAS
www.communitybanktx.com

MEMO Corey Copeland                    Mary Copeland

ATTACHMENT H

**Cheung, Carla**

**To:** Corey Copeland
**Subject:** RE: Prepaid return Label

Begin forwarded message:

> **From:** Monica Dolen <monica@goldenhomeservicesamerica.com>
> **Date:** October 29, 2021 at 7:18:07 PM CDT
> **To:** ███████████████
> **Subject: Prepaid return Label**

Hello, Corey

Please see attached the prepaid return label.

**Best Regards,**

_____

**Monica Dolen | Processing Department**

**Golden Home Services America**

3580 Wilshire Blvd Suite # 900-39

Los Angeles, CA 90010



Direct Line:    (213) 224-6872

Toll Free:    (800) 818-1547

Fax Number:    (213) 279-2512

1

**Email:**        monica@goldenhomeservicesamerica.com

**Website:**       https://goldenhomeservicesamerica.com

*"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message." Thank you for your cooperation"*



TRK# 0221
7912 0135 2891

CA-US

RETURNS MON-FRI
** 2DAY **

90010

ORIGIN ID:OZAA
COREY1 COPELAND
BRIDGE CITY, TX 77611
UNITED STATES US

TO LARRY MILLER
GOLDEN HOME SERVICES AMERICA
3580 WILSHIRE BLVD
SUITE # 900-39
LOS ANGELES CA 90010
(800) 818-1547

REF:
DEPT:
INV:
PO:
RMA:

SHIP DATE: 29OCT21
ACTWGT:1.00 LB
CAD: 252925376/NET4400

FedEx
Express

J212221101801uv

56DJ3/14BA/FE4A

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ATTACHMENT I

1                                          **[Start of Recording]**

2 **Caller**: [*inaudible*] there seems to be all these investors that are running a little bit slow. Obviously

3 because of you know the current situation being what it is…the pandemic, um, you know, and what

4 was it? In April, late April, early May of 2020 the federal government, that's when the federal

5 government initiated the lockdown. So, what happened was that the mortgage companies basically

6 were forced to close their doors, and what happened was there was a transition between May and

7 October of last year where the loans, the servicing…

8 **Copeland**: Right.

9 **Caller**: …went back to the actual investor.

10 **Copeland**: Ok.

11 **Caller**: And so, it had created a little delay, not only with that, but with the IRS responding…

12 **Copeland**: Yes, sir.

13 **Caller**: Uh, with respect to the 4506-T. Um, that form, just so you know, that you signed, that goes

14 to the IRS and the IRS essentially has to send off, uh, your federal returns, uh, your manual

15 transcripts to the ah, to the investor, to the bank.

16 **Copeland**: Right.

17 **Caller**: So, the investor can basically get the payment…

18 **Copeland**: Yes, sir.

19 **Caller**: …uh, calculate it, and then do obviously your debt, you know your bills and stuff like that.

20 But they can't really do it unless the IRS gives them what they need. Um, you know, so the thing is

21 that uh, the loan and everything looks like it's in um, let's see here…

22 **Copeland**: Have, have you ever, have you done…

23 **Caller**: … just trying…

24 **Copeland**: Have you done many of these with Freedom before?

25 **Caller**: Oh yeah!

26 **Copeland**: Ok.

27 **Caller**: I've, I've been, I've been underwriting mortgages for 23 years.

28 **Copeland**: Oh, wow. Ok.

1   **Caller**: Um… and Freedom is the agency, and just to let you know also, um Freedom is currently

2   being sued right now by the federal government.

3   **Copeland**: Wow.

4   **Caller**: Um, yeah, just it, it has to do with um, it has to do with, uh, some mortgage fraud that they

5   had conducted. But um, they just settled, they settled and let's see where was that? Um, two point

6   seven billion, this one is, this one is the most recent… and there was a national settlement, uh …

7   **Copeland**: Ok.

8   **Caller**: And basically, the settlement is another reason why, $650 billion is what Freedom

9   Mortgage is obligated to pay out…

10  **Copeland**: Wow.

11  **Caller**: …to homeowners across the U.S.…

12  **Copeland**: Wow.

13  **Caller**: So, you know, with these lawsuits and stuff like that…

14  **Copeland**: Slows it down a little, huh?

15  **Caller**: Because they're just a, yeah, they're just a collection agency. But there was a lot of fraud,

16  you know, that had transpired. Nothing to do with you, it just, these mortgage companies, they're

17  just collection agencies so legally at the end of the day, their legal, um, responsibility is to just call,

18  and collect on the debt that they're servicing, that's it. And they will use any means to do that. They

19  threaten homeowners. They've been caught um, you know, and they've been fined, and you know

20  there is a settlement.

21  **Copeland**: Yes, sir.

22  **Caller**: Um, now, the settlement stuff like that, we don't what the extent of what you're going to be

23  awarded.

24  **Copeland**: Yeah.

25  **Caller**: Um, but this investor does have the loan in place right now, and it's a matter of him

26  finalizing everything. Um, you know the initial distribution for the monetary portion, uh, was

27  supposed to happen in August of this year…

28  **Copeland**: Yes, sir.

- 2 -

1  **Caller**: Um, so it is taking some time because not only does Freedom have to do that, they you

2  know, they have to comply with the long laundry list of, of, um, things.

3  **Copeland**: Right.

4  **Caller**: But as far as I know, there's a, there was an update that was done just yesterday. Oh no, it

5  wasn't an update…

6  **Copeland**: There was a...

7  **Caller**: Well, well on our side, on our side.

8  **Copeland**: Ok.

9  **Caller**: There was basically signed off on the loan submission package, um. Your loan is current.

10  And just, so, it was the monthly mortgage payments, and here's the thing, um…

11  **Copeland**: Did you, did you see the letter?

12  **Caller**: Listen, you…

13  **Copeland**: Did you see where I paid them?

14  **Caller**: Yes.

15  **Copeland**: The date?

16  **Caller**: The payment, yeah. So, here's the thing. The payments, that is what was keeping your loan

17  current, um, with the investor and with the federal government. Your loan was being reported

18  current each and every month, um, even though you have a statement that says you're eleven

19  thousand dollars behind, uh, that's all part of the CARES Act, and that's something that the investor

20  forgives automatically under the CARES Act.

21  **Copeland**: Ok.

22  **Caller**: Your payments each and every month that you were sending in up until recently, that's what

23  was keeping your loan current… with the investor and with the federal government.

24  **Copeland**: Ok.

25  **Caller**: So, the thing is that with payments not being received anymore…

26  **Copeland**: No…

27  **Caller**: …the investor will basically re-evaluate, um…

28  **Copeland**: …you'll receive…

- 3 -

1   **Caller**: …you know, the status.

2   **Copeland**: You'll receive my payment. You'll super receive it Monday. I was just, I was just

3   waiting to hear, cause how a girl explained it the other day, and I know they just, they, you gotta

4   hire what you gotta hire, you know, these days.  But the girl…

5   **Caller**: Yeah.

6   **Copeland**: …she didn't explain it like that. She said that the stuff that I was paying was going for

7   services, not towards my house at any, at any way… [*inaudible*].

8   **Caller**: Yeah, I know, because that, we've already settled that amount. So that amount and

9   everything is settled. So essentially what's going to happen at the end of the day, um, you're gonna

10  get a new loan. The maturity date will stay the same. So, the things that are going to change are the

11  lowered interest rate, lowered monthly mortgage payment, and the lowered monthly mortgage

12  balance.

13  **Copeland**: Ok.

14  **Caller**: Now the payments that you're making to us because we're servicing it through this

15  process…

16  **Copeland**: Yes, sir.

17  **Caller**: …that does keep your loan current and in good standing…

18  **Copeland**: Ok.

19  **Caller**: …with us, with the, you know, with the credit unions, everything.

20  **Copeland**: Ok. Ok.

21  **Caller**: So, what I'm gonna do is… aw, my computer just… aw, jeez. It's already on a Friday.

22  **Copeland**: Yeah, I hear ya, man.

23  **Caller**: Here we go. Yeah, the computer just, it just does not wanna function…

24  **Copeland**: It's ready to shut off for the weekend.

25  **Caller**: Yeah. Ok. Alright, so what I'm gonna do, is I'm just gonna notate…

26  **Copeland**: Cause I did make a payment, I did, my first payment was on the eighth of July.

27  **Caller**: Yeah, and that's where everybody is confused because there was no notes, at all…

28  **Copeland**: Ok.

1  **Caller**: …of other than the payment was received. So, they're gonna do that because it's basically

2  it's set up…

3  **Copeland**: Ok.

4  **Caller**: …and it's like on a calendar. It's like on a timer. So, it just comes up automatically.  It auto-

5  populates…payment due…

6  **Copeland**: Ok.

7  **Caller**: … please remind, you know, please remind client, you know, that monthly mortgage

8  payment is due, that type of deal. That's the reason why they call.

9  **Copeland**: No they…

10 **Caller**: They're not calling just to call.

11 **Copeland**: No, they didn't call.

12 **Caller**: They're calling because it's a rem… yeah, it's a reminder…

13 **Copeland**: I, I called, I just called the automated system the other day, just to, just for the hell of it.

14 It's just an automated system that said…

15 **Caller**: Yeah, yeah.

16 **Copeland**: …eleven thousand dollars, bye.

17 **Caller**: Yeah, so um. What I'm gonna do is…

18 **Copeland**: I appreciate everything y'all do. I really do.

19 **Caller**: Ok… [*audible typing*] Ok, alright. Perfect. So, I just went ahead and notated it that you

20 should [*inaudible*].

21 **Copeland**: What's that?

22 **Caller**: Hello?

23 **Copeland**: Yes, sir. Can you hear me?

24 **Caller**: Oh, yeah. Yeah. Ok, so I just went ahead and I notated it. Like I said there'll be another

25 update in about ten days, ok?

26 **Copeland**: Ok. So then, in ten days we'll know a little bit more how, we're goin and all …

27 **Caller**: Yeah. Yeah.

28 **Copeland**: Ok, that sounds good man…

1    **Caller**: We'll have a little bit more…

2    **Copeland**: …well, I'll continue on.

3    **Caller**: Ok. Great. Take care. Bye.

4    **Copeland**: I sure appreciate your time.

5    **Caller**: Yep.

6    **Copeland**: Thank you, sir.

7    **Caller**: Alright. Have a good one.

8    **Copeland**: Yes, sir.

9    **Caller**: Bye bye.

10                              **[End of Recording]**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28