ANISHA DASGUPTA, General Counsel
MILES D. FREEMAN, Cal. Bar No. 299302
mfreeman@ftc.gov
KARINA A. LAYUGAN, Cal. Bar No. 302049
klayugan@ftc.gov
CARLA L. CHEUNG, Cal. Bar No. 291562
ccheung1@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380

*Attorneys for Plaintiff Federal Trade Commission*

CLOTHILDE V. HEWLETT, Commissioner
MARY ANN SMITH, Deputy Commissioner
SEAN M. ROONEY, Assistant Chief Counsel
TAYLOR STEINBACHER, Cal. Bar No. 285335
Taylor.Steinbacher@dfpi.ca.gov
LOUIS LAVERONE, Cal. Bar No. 296990
Louis.Laverone@dfpi.ca.gov
California Department of Financial Protection & Innovation
320 West 4th Street, Suite 750
Los Angeles, CA 90013
Tel: (213) 576-7500
Fax: (213) 576-7181

*Attorneys for Plaintiff California Department of Financial Protection & Innovation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

GREEN EQUITABLE SOLUTIONS, *et al.*,

Defendants.

Case No. 2:22-cv-6499-FLA-MAR

**REPLY IN SUPPORT OF & NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**Hearing Date:** July 14, 2023
**Time:** 1:30 PM
**Place:** Courtroom 6B

**REPLY AND NOTICE OF NON-OPPOSITION**

On June 9, 2023, Plaintiffs the Federal Trade Commission and the California Department of Financial Protection & Innovation (collectively, "Plaintiffs") filed a Motion for Summary Judgment. Dkt. 184; *see also* Dkt 191 (Proof of Service). The hearing on Plaintiffs' Motion is set for July 14, 2023. Pursuant to Local Rule 7-9, any opposition to Plaintiffs' Motion was due by June 23, 2023. C.D. Cal. L.R. 7-9 ("Each opposing party shall . . . not later than twenty-one (21) days before the date designated for the hearing of the motion . . . serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum . . . or (b) a written statement that that party will not oppose the motion."). No party has filed or served an opposition to Plaintiffs' Motion and, thus, Plaintiffs' Motion stands unopposed.

Although Plaintiffs acknowledge that the Court cannot grant summary judgment on the basis of non-opposition alone (*see Martinez v. Stanford*, 323 F.3d 1178, 1182 (9th Cir. 2003)), as explained in their Motion, Plaintiffs have met their burden to show that there is no genuine dispute of material fact that would preclude summary judgment. Accordingly, for the reasons set forth in Plaintiffs' Motion, Plaintiffs respectfully request that the Court enter summary judgment in favor of Plaintiffs.

Dated: June 30, 2023

Respectfully submitted,

*/s/ Miles D. Freeman*
MILES D. FREEMAN
mfreeman@ftc.gov
KARINA A. LAYUGAN
klayugan@ftc.gov
CARLA L. CHEUNG
ccheung1@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024

*/s/ Taylor Steinbacher*
TAYLOR STEINBACHER
Taylor.Steinbacher@dfpi.ca.gov
LOUIS LAVERONE
Louis.Laverone@dfpi.ca.gov
California Department of Financial Protection & Innovation
320 West 4th Street, Suite 750
Los Angeles, CA 90013
Tel: (213) 576-7500

Tel: (310) 824-4300
Fax: (310) 824-4380

*Attorneys for Plaintiff Federal Trade Commission*

Fax: (213) 576-7181

*Attorneys for Plaintiff California Department of Financial Protection & Innovation*

## FILER'S ATTESTATION OF CONCURRENCE

Pursuant to Local Rule 5-4.3.4(a)(2), I, Miles D. Freeman, attest that all other signatories concur in the content of the foregoing document and authorize its filing.

Dated: June 30, 2023

Respectfully submitted,

*/s/ Miles D. Freeman*
MILES D. FREEMAN
mfreeman@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380

*Attorney for Plaintiff Federal Trade Commission*