DAVID R. ZARO (BAR NO. 124334)
E-Mail: dzaro@allenmatkins.com
JOSHUA A. DEL CASTILLO (BAR NO. 239015)
E-Mail: jdelcastillo@allenmatkins.com
MATTHEW D. PHAM (BAR NO. 287704)
E-Mail: mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816

Attorneys for Receiver
DAVID P. STAPLETON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN EQUITABLE SOLUTIONS, et al.,<br><br>Defendants, | Case No. 2:22-cv-06499-FLA-MAR<br><br>**FINAL APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER, DAVID P. STAPLETON, AND HIS PROFESSIONALS**<br><br>[Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of David P. Stapleton; Final Report and Accounting; and [Proposed] Order submitted concurrently herewith]<br><br>Date: May 3, 2024<br>Time: 1:30 p.m.<br>Judge Hon. Fernando L. Aenlle-Rocha |

# TABLE OF CONTENTS


Page

I. INTRODUCTION ....... 4

II. GENERAL SUMMARY ....... 5

III. THE RECEIVER'S FEES AND EXPENSES ....... 7

- A. Services Rendered During The Application Period ....... 7
- B. Accounting ....... 8
- C. Asset Disposition & Recovery ....... 8
- D. Asset Identification & Recovery ....... 9
- E. Case Management ....... 9
- F. Forensic Strategy & Analysis ....... 10

IV. ALLEN MATKINS' FEES AND EXPENSES ....... 10

- A. The Receiver's Engagement Of Allen Matkins ....... 10
- B. Services Rendered During The Application Period ....... 11
  1. General Receivership ....... 11
  2. Asset Recovery & Management ....... 12
  3. Investigation & Reporting ....... 13
  4. Consumer/Creditor Issues & Communications ....... 13
  5. Sale, Disposition & Transfer of Assets ....... 14

V. THE FEES AND EXPENSES ARE REASONABLE AND SHOULD BE ALLOWED ....... 15

VI. CONCLUSION ....... 15

David P. Stapleton (the "Receiver"), the Court-appointed receiver for Defendants Green Equitable Solutions, also dba Academy Home Services; South West Consulting Enterprises, Inc. also dba Academy Home Service, Atlantic Pacific Service Group, Golden Home Services of America Enterprises, and Home Matters USA; Apex Consulting & Associate & Associates Inc. also dba Golden Home Services America and Home Matters USA Consulting; Infocom Entertainment Lit., Inc., also dba Amstar Service Group, Atlantic Pacific Service, and Home Relief Service of America; and their respective subsidiaries and affiliates, including but not limited to The Michael R. Nabati Irrevocable Living Trust dated December 23, 2020 (the "Receivership Entities" or "Entities"), along with his counsel of record, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins", and together, with the Receiver, the "Applicants"), hereby jointly submit this *Final Application for Payment of Fees and Reimbursement of Expenses of Receiver, David P. Stapleton, and his Professionals* (this "Application"). This Application is submitted in connection with the concurrently filed *Motion of Receiver, David P. Stapleton, For Order: (1) Approving Final Report And Accounting; (2) Authorizing Payment Of Final Fee Application Of Receiver And Professionals; (3) Establishing Reserve For Costs Of Closing Receivership; (4) Authorizing Transfer Of Receivership Assets To Plaintiff Regulators; (5) Authorizing Abandonment Or Destruction Of Records; and (6) Closing Receivership Case And Discharging Receiver* (the "Wind-Down Motion").

This Application is made in accordance with Section XIX of this Court's September 14, 2022 *Order Granting Plaintiffs' Ex Parte Application for Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, Limited Expedited Discovery, and Order to Show Cause Why Preliminary Injunction Should Not Issue* (the "Appointment Order") [ECF No. 25], as reaffirmed by the Court's September 29, 2022 *Order Granting Plaintiffs' Request for Preliminary Injunction*

*with Asset Freeze and Extending Authorization of Temporary Receiver Through the Pendency of the Action* (the "Preliminary Injunction Order") [ECF No. 40].

## I. INTRODUCTION.

By way of this Application, the Applicants request that the Court approve 100% of their respective fees earned and expenses incurred during the four-month period from November 1, 2023 through February 29, 2024 (the "Application Period"), and authorize the Receiver to make payment on such fees and expenses from the funds of the receivership estate (the "Receivership Estate" or "Estate"). The Application Period fee and expense amounts requested by this Application are as follows:

| Applicant | Fees | Expenses | Total |
|---|---|---|---|
| Receiver | $61,639.50 | $441.23 | $62,080.73 |
| Allen Matkins | $57,108.69 | $4,960.55 | $62,069.24 |
| | **$118,748.19** | **$5,401.78** | **$124,149.97** |

As further detailed in the Wind-Down Motion, the Application further requests that the Court authorize the Receiver to establish a reserve (the "Reserve") in the amount of $30,000 to cover the administrative and professional fees and expenses anticipated to be incurred for the period from March 1, 2024 through the end of the receivership[1] (the "Wind-Down Fees"). Accordingly, the Receiver further requests the Court's authorization to, concurrent with the termination of the receivership, pay the Wind-Down Fees from the Reserve, without further order of this Court.

The Applicants' estimated Wind-Down Fees requested by this Application are not expected to exceed the following:

---

1 Of course, the Applicants will endeavor to minimize their respective Wind-Down Fees, and any portion of the Reserve remaining after all closing tasks have been completed will be remitted to plaintiffs the Federal Trade Commission and California Department of Financial Protection and Innovation, or other party designated by the Court.

| **Applicant** | **Wind-Down Fees (estimated)** |
|---|---|
| Receiver | $15,000.00 |
| Allen Matkins | $15,000.00 |
| **TOTAL:** | $30,000.00 |

The Receiver believes that he has, with the assistance of Allen Matkins, fulfilled each of his responsibilities under this Court's Appointment Order and Preliminary Injunction Order to the fullest extent possible, and that maintaining the existence of the instant receivership beyond this point would not yield a net benefit to the Receivership Estate or its creditors. Accordingly, the Receiver respectfully submits that it is now appropriate to request payment of the Applicants' fees and expenses, as noted above and as further detailed below, in the aggregate amount of $154,149.97, and to wind-down and terminate the receivership.

## II. GENERAL SUMMARY.

The Receiver invites the Court, and all interested parties, to review his prior initial, interim, and supplemental reporting for a more comprehensive summary of the relevant facts underlying this receivership case, along with a recounting of the specific activities of the Receiver. [*See, e.g.*, ECF Nos. 36, 60, 158, 247, 290, and 325].

As set forth in greater detail in the concurrently submitted *Final Report and Accounting of Receiver, David P. Stapleton* (the "Final Report"), after extensive analysis and accounting, the Receiver has, among other things, concluded and reported that: (a) the pre-receivership business operations of the Receivership Entities were consistent with a fraudulent enterprise; (b) the Receivership Entities cannot, in his reasonable business judgment, be operated as a going concern, individually or collectively; (c) millions of dollars obtained from the Entities' customers were transferred to or for the benefit of the Receivership Entities' principals, affiliated entities under their control, or other affiliated persons; (d) such

transferred funds were used to purchase assets ("Assets") against which the Estate had a claim, many of which the Receiver has recovered and sold, pursuant to orders of this Court, generating millions of dollars in recoveries; and (e) although the Receiver may hold outstanding Asset turnover claims, in his reasonable business judgment, the pursuit of such claims is not justifiable on a cost-benefit basis.

As of the submission of this Application, the Receiver's efforts have resulted in the recovery of approximately $3.6 million for the benefit of the Estate, comprised largely of the proceeds of the Receiver's sales of four (4) real properties (the "Real Properties"), the purchase money for which the Receiver has confirmed included funds diverted from the Entities, along with turnovers of funds from the Receivership Entities' bank accounts, and other accounts turned over in partial satisfaction of this Court's February 2, 2024 *Order Granting Plaintiffs' Motion for Summary Judgment Against Defendants Michael Robin Nabati, Armando Solis Barron, Dominic Ahiga, and Roger Scott Dyer* [ECF No. 323], and *Order Granting Plaintiffs' Application for Default Judgment* [ECF No. 324] (collectively, the "Judgments").

The Receiver, having recently completed the sale of the remaining two Real Properties subject to his authority and control, has determined, in his reasonable business judgment, that the costs of continuing the receivership would likely exceed the value of any additional Asset recoveries. Accordingly, by way of the Wind-Down Motion, the Receiver recommends that the receivership be wound down and terminated, and the Receiver discharged and released. Among other things, the Wind-Down Motion sets forth the Receiver's request that this Court authorize him to remit the balance of all recovered funds, after the payment of outstanding administrative fees and expenses – currently estimated at approximately $2.8 million, or more – to the plaintiffs the Federal Trade Commission and California Department of Financial Protection and Innovation Regulators (collectively, the "Regulators"), in anticipation of the Regulators establishing a

victim restitution fund or otherwise attending to the appropriate disposition of the funds recovered by the Receiver.

## III. THE RECEIVER'S FEES AND EXPENSES.

The Receiver was appointed at the behest of the Regulators based, in part, on his extensive experience with federal receiverships, including his experience in investigating allegedly fraudulent schemes, evaluating the viability of business enterprises, and recovering Assets for the benefit of court-established fiduciary estates and their creditors. He has applied his experience in all of these areas here.

Detailed descriptions of the work performed by the Receiver and his staff are attached hereto as **Exhibit 1** in the form of the Receiver's monthly invoices, which contain the billing entries setting forth the tasks performed by the Receiver and his staff during the Application Period. By way of summary, the Receiver and his staff incurred the following fees and expenses during the Application Period:

### A. Services Rendered During The Application Period.

In all, for services rendered during the Application Period, the Receiver billed 188.0 hours, amounting to $61,639.50 in fees, and $441.23 in expenses (largely comprised of copying costs, postage fees, and receivership-related travel) across the following five work categories:

| Category | Hours | Fees |
|---|---|---|
| Accounting | 41.8 | $9,875.00 |
| Asset Disposition & Recovery | 73.3 | $27,055.50 |
| Asset Identification & Recovery | 9.0 | $3,382.00 |
| Case Management | 32.6 | $11,114.00 |
| Forensic Strategy & Analysis | 31.3 | $10,213.00 |
| | **188.0** | **$61,639.50** |

The descriptions below summarize the work performed by the Receiver and his staff under each of the above categories.

**B. Accounting**

During the Application Period, the Receiver and his staff billed 41.8 hours, or $9,875.00 in fees, for services performed in connection with the Receiver's accounting efforts and his related analysis of the business and financial activities of the Receivership Entities.

During the Application Period, these efforts primarily related to: (a) administering the Estate's and the Receivership Entities' accounts, including by preparing monthly account reconciliations; (b) transferring cash recovered by the Receiver into interest-bearing accounts for the benefit of the Estate; and, most critically (c) reviewing and analyzing bank account statements and other pertinent financial documents obtained by the Receiver to complete his analysis of the business and financial activities of the Receivership Entities, which analysis was instrumental to his recovery of Assets and his recent, informed decision concerning the prospective winding-down of the receivership.

**C. Asset Disposition & Recovery.**

During the Application Period, the Receiver and his staff billed 73.3 hours, or $27,055.50 in fees, for services performed in connection with the Receiver's efforts to recover and liquidate Assets for the benefit of the Estate.

During the Application Period, the Receiver's efforts primarily related to the closing of the sales of the final two Real Properties located at: (1) 203 Harbor Woods Place, Newport Beach, California; and (2) 109 Harbor Woods Place, Newport Beach, California (the "Harbor Woods Properties"). Such efforts included: (a) generally overseeing the sales, and the closing of the sales of the Harbor Woods Properties; (b) coordinating and consulting with the homeowners' association to which the Harbor Woods Properties belong concerning certain unpaid homeowners' association fees and related issues; (c) overseeing the completion of repairs commenced prior to the Application Period; and (d) coordinating with the

purchasers of the Harbor Woods Properties, along with their escrow agents, to resolve various issues arising in connection with the closing.

**D. Asset Identification & Recovery.**

During the Application Period, the Receiver and his staff billed 9.0 hours, or $3,382.00 in fees, for services performed in connection with the Receiver's efforts to identify Assets in the possession of third parties.

During the Application Period, these efforts primarily related to: (a) reviewing and analyzing documents in the Receiver's possession to identify prospectively recoverable Estate Assets; (b) analyzing and considering prospective fraudulent transfer claims, taking into account the likelihood of recovery, the timeline for recognizing such recovery, and the anticipated value of such recovery, if any; and (c) strategizing regarding his litigation efforts and general litigation strategy, particularly with respect to the relative value of winding down the receivership, as opposed to holding it open to undertake prospective, but likely low-value, litigation.

**E. Case Management.**

During the Application Period, the Receiver and his staff billed 32.6 hours, or $11,114.00 in fees, for services performed in connection with the administration of the instant receivership case. These services generally related to the Receiver's communications with counsel and the Regulators, and the day-to-day administration of the Estate.

During the Application Period, time billed to this category primarily related to: (a) communicating with the Regulators, including with respect to discovery-related efforts and the disposition of the Assets upon the winding down of the Estate; (b) communicating with Allen Matkins concerning the preparation and filing of documents, general case administration, and Asset administration matters; (c) preparing reports to this Court consistent with the Receiver's obligations as set forth in the Appointment Order; (d) managing and maintaining Estate property; and

(e) processing all incoming mail and other correspondence addressed to the Receiver or to the Receivership Entities. In addition, the "Case Management" category served, to a degree, as a catch-all, and includes various tasks not neatly fitting into other categories, such as teleconferences relating to multiple aspects of the receivership.

**F. <u>Forensic Strategy & Analysis.</u>**

During the Application Period, the Receiver and his staff billed 31.3 hours, or $10,213.00, in fees for services performed in connection with the Receiver's forensic accounting and related analysis of the activities of the Receivership Entities.

During the Application Period, these efforts primarily related to the Receiver and his staff's review of over 10,000 pages of bank and other financial statements, contained on certain digital storage devices turned over to the Receiver by the Regulators. The Receiver's review and analysis focused on identifying previously unidentified transactions between the Entities, the principals thereof, and other affiliated persons.

## IV. <u>ALLEN MATKINS' FEES AND EXPENSES.</u>

### A. The Receiver's Engagement Of Allen Matkins.

Allen Matkins was retained by the Receiver on September 14, 2022. The Receiver selected Allen Matkins as his lead receivership counsel due to the firm's extensive experience and expertise in federal equity receivership matters, including matters where the relevant enforcement action was prosecuted by the Federal Trade Commission. Allen Matkins has served as counsel to federal equity receivers in dozens of cases, has represented a variety of constituents in similar bankruptcy and creditors' rights matters, and has significant substantive experience in related areas, including real estate finance, commercial and consumer mortgages, corporate, and real estate.

**B. Services Rendered During The Application Period.**

During the Application Period, Allen Matkins extensively assisted the Receiver in the performance of his duties, including by assisting in his investigation, document recovery, and Asset identification, recovery, and disposition efforts.

Overall, on account of its services rendered during the four months of the Application Period, Allen Matkins billed 86.5 hours, or $57,108.73 in fees, and incurred $4,960.55 in expenses across the following work categories:

| Category | Hours | Fees | Expenses |
|---|---|---|---|
| General Receivership | 29.9 | $18,828.85 | $4,960.55 |
| Asset Recovery & Management | 23.9 | $16,143.68 | $0.00 |
| Investigation & Reporting | 17.0 | $11,041.53 | $0.00 |
| Consumer/Creditor Issues & Comms. | 1.8 | $1,262.26 | $0.00 |
| Sale, Disposition & Transfer of Assets | 13.9 | $9,832.41 | $0.00 |
| | **86.5** | **$57,108.73** | **$4,960.55** |

Provided below are narrative summaries of the work performed under each of the above categories, and attached hereto as **Exhibit 2** is Allen Matkins' *pro forma* statement for the Application Period, containing the billing entries detailing the tasks performed by the firm's attorneys and staff during the Application Period.

Allen Matkins endeavored to staff each task efficiently, using a core team of attorneys, with specialized assistance only where necessary. Again, the firm has agreed to discount its ordinary billing rates by 15% for the duration of this matter, as well as not to charge the Estate for any travel time.

1. General Receivership.

In connection with the "General Receivership" category of work, Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Joshua A. del Castillo | Partner | $701.25 | 23.1 | $16,198.94 |
| James C. Robichaud | Associate | $386.75 | 6.8 | $2,629.91 |
| | | | **29.9** | **$18,828.85** |

The services in this category relate to work broadly associated the administration of the receivership and the Estate, including associated legal proceedings.

During the Application Period, these efforts primarily related to: (a) communicating with the Receiver and the Regulators regarding case and Estate administration matters; (b) reviewing critical case filings, including the Judgments, with respect to both the individual defendants and corporate defendants (now judgment debtors), and advising the Receiver accordingly; and (c) attending to issues arising in connection with the presently recommended wind-down and termination of the receivership .

2. <u>Asset Recovery & Management.</u>

In connection with the "Asset Recovery & Management" category of work, Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| David R. Zaro | Partner | $913.75 | 0.8 | $731.00 |
| Joshua A. del Castillo | Partner | $701.25 | 20.6 | $14,445.80 |
| James C. Robichaud | Associate | $386.75 | 2.5 | $966.88 |
| [redacted] | | | **23.9** | **$16,143.68** |

The services in this category generally relate to Allen Matkins' efforts to obtain the prompt turnover of Estate Assets and records relevant to the receivership.

During the Application Period, these efforts primarily related to: (a) conferring with the Receiver and his staff regarding the management of Estate Assets prior to their disposition; (b) analyzing the viability and cost-effectiveness of prospective fraudulent transfer claims and advising the Receiver in connection therewith; (c) drafting turnover demands to a suspected fraudulent transferee; (d) completing a review of documents, including bank statements and wire transfer

records, in connection with prospective fraudulent transfer claims; and (e) resolving one prospective claim by way of a negotiated settlement.

3. <u>Investigation & Reporting.</u>

In connection with the "Investigation & Reporting" category of work, Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| David R. Zaro | Partner | $913.75 | 0.3 | $274.12 |
| Joshua A. del Castillo | Partner | $701.25 | 13.7 | $9,607.16 |
| James C. Robichaud | Associate | $386.75 | 3.0 | $1,160.25 |
| | | | **17.0** | **$11,041.53** |

The services in this category generally relate to the investigation of the business and financial activities of the Receivership Entities and their principals and agents.

During the Application Period, these efforts primarily related to the preparation of certain of the Receiver's reports to the Court, including his *Fourth Interim Report and Petition for Instructions of Receiver, David P. Stapleton* [ECF No. 290]; and *Supplemental Report and Petition for Instructions of Receiver, David P. Stapleton* [ECF No. 325), and conferring with the Receiver and his staff in connection therewith. In addition, Allen Matkins provided general assistance to the Receiver in connection with outstanding document recovery and analysis efforts.

4. <u>Consumer/Creditor Issues & Communications.</u>

In connection with the "Consumer/Creditor Issues & Communications" category of work, Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Joshua A. del Castillo | Partner | $701.25 | 1.8 | $1,262.26 |
| | | | **1.8** | **$1,262.26** |

The services in this category relate to Allen Matkins' communications with the consumer victims of the alleged fraud, a number of whom contacted Allen Matkins, rather than the Receiver, to discuss the pending receivership and related matters. Following initial communications, Allen Matkins directed consumers to the Receiver's office, which is primarily responsible for engaging in such communications and consumer outreach.

5. Sale, Disposition & Transfer of Assets.

In connection with the "Sales, Disposition & Transfer of Assets" category of work, Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| David R. Zaro | Partner | $913.75 | 0.4 | $365.50 |
| Joshua A. del Castillo | Partner | $701.25 | 13.5 | $9,466.91 |
| | | | **13.9** | **$9,832.41** |

The services in this category generally relate to the Receiver's efforts to sell real property for the benefit of the Estate.

Allen Matkins expended time in this category during the Application Period (a) negotiating, drafting, and filing, the *Stipulation for Order: (1) Authorizing Receiver to Market and Sell Residential Real Properties; and (2) Releasing Defendant's Claim to Proceeds Recovered or Held by Receiver* [ECF No. 195]; (b) preparing, revising, and assembling all other materials requested by the Receiver's office or his real estate professionals in connection with the sale of the Harbor Woods Properties; (c) conferring extensively with the title insurer in connection with the Receiver's sale of the Harbor Woods Properties; and (d) providing general legal advice with respect to the Receiver's Asset disposition strategy.

## V. THE FEES AND EXPENSES ARE REASONABLE AND SHOULD BE ALLOWED.

The Receiver and Allen Matkins respectfully submit that the fees and expenses incurred during the four months of the Application Period were fair, reasonable, necessary, and significantly benefited the Estate. Further in order to align the fees and costs with the practical realities of the receivership, both Allen Matkins and the Receiver have discounted their bills, as outlined herein.

As reflected in the Receiver's concurrently filed Final Report, the Receiver has recovered and collected a total of more than $3.6 million for the benefit of the Receivership Entities, and the total administrative fees and expenses incurred in this matter total approximately $663,380, inclusive of the instant Application. In other words, the total administrative fees and expenses requested for payment in this matter, inclusive of the fees and expenses at issue in this Application, reflect approximately ***19% of all funds recovered*** for the benefit and administration of the Estate, well below the 25% benchmark established by the Ninth Circuit as presumptively reasonable.[2]

Additionally, the billing rates charged by the Applicants in this matter are consistent with, and comparable to, those charged in the community for similarly complex matters. Finally, as described in the concurrently filed Wind-Down Motion, the invoices of the Applicants were submitted to the Regulators for review prior to the filing of this Application. The Regulators have confirmed they do not oppose the Application.

## VI. CONCLUSION.

For the foregoing reasons, the Applicants respectfully request that this Court enter an order:

1. Granting this Application in its entirety;

---

[2] *See, e.g., Powers v. Eichen*, 229 F.3d 1249, 1256-57 (9th Cir. 2000) (25% determined to be an appropriate benchmark in common fund matters.)

2. Approving the Receiver's fees and expenses incurred during the Application Period, in the respective amounts of $61,639.50 and $441.23;

3. Approving Allen Matkins' fees and expenses incurred during the Application Period, in the respective amounts of $57,108.69 and $4,960.55;

4. Authorizing the Receiver to pay the Applicants' Wind-Down Fees, in an aggregate amount not to exceed $30,000.00; and

5. Authorizing the Receiver to pay himself and Allen Matkins the above-approved fees and expenses, in full, from the funds of the Estate, including, with respect to the Wind-Down Fees, from the Reserve.

Dated: April 1, 2024

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA A. DEL CASTILLO
MATTHEW D. PHAM

By: */s/ Joshua A. del Castillo*
JOSHUA A. DEL CASTILLO
Attorneys for Receiver
DAVID P. STAPLETON

# EXHIBIT 1

**Stapleton Group**
514 Via De La Valle
Ste 210
Solana Beach, CA 92075
213-235-0600
www.stapletoninc.com

November 30, 2023

**Federal Trade Commission - Green Equitable Solutions**

**Invoice Number: 7188**
Invoice Period: 11-01-2023 - 11-30-2023

## Time Details

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 11-02-2023 | CN | Accounting<br>Create and post J/E batch for interest income. Perform bank reconciliations (.3). | 0.30 | 70.50 |
| 11-06-2023 | YL | Accounting<br>Confer w/ KJ and CNB re: QSF account (.3). | 0.30 | 84.00 |
| 11-06-2023 | AR | Accounting<br>Confer w/ KJ re: City of Newport Beach (.2). | 0.20 | 37.00 |
| 11-07-2023 | AR | Accounting<br>Confer w/ YL re: new account (.1). | 0.10 | 18.50 |
| 11-07-2023 | DB | Accounting<br>Provide invoices to accounting for payment to city of Newport Beach and f/u w/ city re: hard copies of same (.3). | 0.30 | 70.50 |
| 11-07-2023 | AR | Accounting<br>Record JE (.2). | 0.20 | 39.00 |
| 11-08-2023 | CN | Accounting<br>Review JE G/L (.1). | 0.10 | 24.50 |
| 11-08-2023 | CN | Accounting<br>Review and approve vendor setup. Review, post, commit and process in-house printing check. Confer w/ AR re: same. | 0.40 | 94.00 |
| 11-08-2023 | AR | Accounting<br>Process A/P. Confer w/ DB re: checks. Set up new vendor. Confer w/ CN re: printing checks. Process check runs (1.2). | 1.20 | 222.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 11-08-2023 | DB | Accounting | 0.30 | 70.50 |
| | Forward checks to the City of Newport to pay delinquencies (.3). | | | |
| 11-09-2023 | YL | Accounting | 0.20 | 56.00 |
| | Review and post journal entry (.2). | | | |
| 11-09-2023 | YL | Accounting | 1.10 | 324.50 |
| | Review edits to monthly accounting. Process same and provide finalized reports to team (1.1). | | | |
| 11-09-2023 | CN | Accounting | 0.20 | 47.00 |
| | Review PayScan invoice porcess. Approve and send back as correction needed. | | | |
| 11-10-2023 | CN | Accounting | 0.40 | 94.00 |
| | Confer w/ AR re: correction needed for check run. Review and approve Payscan invoice process. Post, commit and process Bill Payment checks (.4). | | | |
| 11-15-2023 | AR | Accounting | 0.90 | 166.50 |
| | Process A/P. Confer w/ KJ re: pending payment to Nuera. Confer w/ DB re: Triple Crown (.9). | | | |
| 11-15-2023 | CN | Accounting | 0.70 | 164.50 |
| | Review and approve PayScan invoices payment process. Post and commit approved invoices. Reconcile cash available for payment. Confer w/ AR and YL re: cash available and funds transfer. T/C w/ AR re: same (.7). | | | |
| 11-16-2023 | AR | Accounting | 0.60 | 111.00 |
| | Process A/P Process cash receipt. Process check run (.6). | | | |
| 11-16-2023 | CN | Accounting | 1.10 | 258.50 |
| | Review and post A/R batch. Commit and process ACH payments adjustment and print in-house checks payments (.6). T/C w/ YL re: setup GL account for QSF bank account. Set up GL account. Setup bank account. Confer w/ team re: new bank account, bank code and printing test check (.5). | | | |
| 11-16-2023 | YL | Accounting | 0.50 | 140.00 |
| | Confer w/ team re: new GL account and new bank account for QSF. Prepare and process funds transfer (.5). | | | |
| 11-17-2023 | AR | Accounting | 0.60 | 111.00 |
| | Process A/P (.6). | | | |
| 11-17-2023 | CN | Accounting | 0.50 | 117.50 |
| | Create new QSF bank account. Confer w/ team re: new bank code and GL code (.5). | | | |
| 11-20-2023 | AR | Accounting | 0.30 | 55.50 |
| | Process A/P. Confer w/ CN re: new security account (.3). | | | |
| 11-20-2023 | CN | Accounting | 0.50 | 117.50 |
| | Review and approve PayScan invoices payment process. Post, commit and process Bill Pay check payment (.5). | | | |
| 11-27-2023 | AR | Accounting | 0.50 | 92.50 |
| | Process ACH payment. Process A/P (.5). | | | |
| 11-27-2023 | CN | Accounting | 0.30 | 73.50 |
| | Review ACH. Confer w/ AR re: payment back-up (.3). | | | |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 11-27-2023 | YL | Accounting | 0.30 | 84.00 |
| | Review GL and confer w/ JD re: payment of professional fees (.3). | | | |
| 11-27-2023 | CN | Accounting | 0.30 | 70.50 |
| | Review and approve PayScan invoice payment process. Post, commit and process Bill Pay check payment (.3). | | | |
| 11-28-2023 | YL | Accounting | 0.60 | 168.00 |
| | Research and confer w/ team re: professional fees and payments. Set up online banking access for various users (.6). | | | |
| 11-28-2023 | AR | Accounting | 0.20 | 37.00 |
| | Confer w/ YL re: payment backup for same (.2). | | | |
| 11-29-2023 | CN | Accounting | 0.20 | 49.00 |
| | Review A/P (.2). | | | |
| | | | 13.40 | 3,068.50 |
| Asset Disposition & Recovery | | | | |
| 11-01-2023 | KJ | Asset Disposition & Recovery | 1.50 | 555.00 |
| | Review and respond to correspondence from escrow re: demand for unpaid monthly HOA fees for both condominium units (.4). Review revised stipulation. Review Atty. del Castillo's cover letter to Title Co. w/ same (.6). Prepare and forward additional follow up letter to NHL principal to resolve title cloud issue with OC Title (.5). | | | |
| 11-01-2023 | JD | Asset Disposition & Recovery | 0.50 | 197.50 |
| | Review and approve redlines to Stipulation Authorizing Sale of 109 and 203 Harbor Woods. Respond to emails re: same (.5). | | | |
| 11-01-2023 | DS | Asset Disposition & Recovery | 0.30 | 124.50 |
| | Review and finalized title issues (.3). | | | |
| 11-01-2023 | KJ | Asset Disposition & Recovery | 1.80 | 666.00 |
| | Confer w/ Granite Escrow re: receipt of property management company demands for past due HWP HOA fees (.1). Review changes to proposed stipulation from Atty. del Castillo to title and confirm revisions (.3). Review contract from architect Ribault and confirm arrangements. T/C w/ same to confirm initial payment received and balance due and discuss the pending sale process and potential payment (.4). Review aged invoice from Fireguard Protection. T/C w/ same to discuss and confirm no payment received and balance due (.4). Review multiple invoices from former broker Hopkins, including invoices for display furniture previously purchased. Consider options to resolve Hopkins's claim for time dedicated to permit process and repair oversight for units 109 and 203 HWP. T/C w/ Hopkins re: same. Prepare document to forward to escrow for payments upon closing (.6). | | | |
| 11-01-2023 | KJ | Asset Disposition & Recovery | 0.40 | 148.00 |
| | Prepare and forward correspondence to the principal and owner of Newport Home Loans describe title's requirement to reconvey prior loan on unit 203. Provide same w/ additional information and request immediate action (.4). | | | |
| 11-02-2023 | KJ | Asset Disposition & Recovery | 1.80 | 666.00 |
| | F/U w/ principal and owner of Newport Home Loans re: reconveyance on unit 203 (.4). Confer w/ Atty. del Castillo re: request to OC Title company to remove exception for paid off loan for unit 203 (.2). Review correspondence from broker Premiere Realty describing new problem in unit 109 HWP and f/u re: same (.2). T/C w/ T. Wohl to discuss same and review options (.3). Go over status of permitted repairs w/ Nuera. Discuss options and timing issues (.3). Additional discussion w/ T. Wohl re: new issues (.2) F/U w/ escrow to f/u w/ title re: exceptions in PTR's (.2). | | | |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|

Asset Disposition & Recovery

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| 11-02-2023 | JD | Asset Disposition & Recovery<br>Review status of sales and requests from buyers re: inspections, etc. T/C w/ KJ and agent re: same (.3). | 0.30 | 118.50 |
| 11-02-2023 | DS | Asset Disposition & Recovery<br>Review closings and emails from counsel. Update w/ team (.3). | 0.30 | 124.50 |
| 11-03-2023 | KJ | Asset Disposition & Recovery<br>Confer w/ Premiere Realty re: buyer's rate lock and options available (.2). Review updated PTR for unit 203 and note Trust document not removed. T/C w/ OC Title to resolve and confer w/ counsel re: same (.5). T/C w/ broker to review updated PTRs and update to escrow re: status (.5). Review updated title documents and correspondence to escrow confirming follow up and claims (.8). T/C w/ Premiere Realty broker re: meeting with buyer of unit 109 and resolving issues (.3). | 2.30 | 851.00 |
| 11-05-2023 | KJ | Asset Disposition & Recovery<br>Review final Amendment with November 17th closing date and other requirements. T/C to Nuera to discuss final buyer arrangements (.1). T/C w/ Atty. del Castillo and OC Title re: issued orders approving sale of Harbor Woods properties and f/u correspondence re: same (.5). Additional email from and replies to OC Title about re: same (.2). Review seller escrow documents from escrow. Review and note CA gain reporting requirements. Prepare escrow document package. Forward escrow documents to CPA and JD to review (1.4). Additional emails and replies related to Title Co. sale order requirements (.3). T/C w/ team and CPA re: QSF requirements (.4). F/Us w/ team re: QSF requirements and existing authorities (.2). | 3.10 | 1,147.00 |
| 11-06-2023 | JD | Asset Disposition & Recovery<br>Review details re: PTRs for confirmation of Receiver's authority to market and sell 109 and 203 Harbor Woods Place. Confer w/ KJ re: same (.2). Follow up w/ Atty. del Castillo (.1). | 0.30 | 118.50 |
| 11-07-2023 | KJ | Asset Disposition & Recovery<br>Review stipulation prepared by counsel re: net sale proceeds from the two Newport Beach condominium properties to be retained by Receiver. Prepare and forward detailed email to broker describing the agreements among all the parties and confirming the proposed closing sale date. Request confirmation buyers are informed (.6). Review response from broker confirming closing date for unit 203 (.2). | 0.80 | 296.00 |
| 11-08-2023 | KJ | Asset Disposition & Recovery<br>Review invoices from Nuera Contracting. Note potential errors calculating the amount of additional reimbursement on provided services. Prepare evaluation sheet outlining same. Review response from Nuera cre: unpaid invoices and review process for calculations of invoice 12 (.9). Forward e-mail approving invoices 11 and 13 (.1). Prepare correspondence to Nuera w/ details of the calculation error for reimbursables and invoice number 12 and request replacement invoice (.6). Review Nuera's response re: corrections to invoice (. 1). Confer w/ Atty. del Castillo re: draft letter to the parents of Michael Nabati re: the claim for sale proceeds forwarded by their attorney (.4). | 2.10 | 777.00 |
| 11-08-2023 | DS | Asset Disposition & Recovery<br>Review Nabati lien issues. Emails re: same (.3). | 0.30 | 124.50 |
| 11-09-2023 | DS | Asset Disposition & Recovery<br>Review sale and title issues. Confer w/ team (.3). | 0.30 | 124.50 |
| 11-09-2023 | KJ | Asset Disposition & Recovery<br>Review detailed email from Nuera re: city inspection requirements and subcontractor scheduling issues and delays. F/U T/C w/ same (.5). Review and approve revised invoice from Nuera Contractors and forward same for final approval and payment (.1). | 0.60 | 222.00 |
| 11-10-2023 | KJ | Asset Disposition & Recovery<br>Review draft reply letter from Atty del Castillo to the parents of Michael Nabati and respond to same (.2). | 0.20 | 74.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Asset Disposition & Recovery | | | | |
| 11-13-2023 | JD | Asset Disposition & Recovery | 0.30 | 118.50 |
| | | Review status of update from contractors. T/C w/ broker re: status and timeline of closings (.3). | | |
| 11-13-2023 | KJ | Asset Disposition & Recovery | 0.60 | 222.00 |
| | | Read and agree with revised reply letter to attorney for Michael Nabati parents (.1). Letter to Nuera confirming new projected project completion date (.1). Read and consider reply with additional plumbing issues. Prepare and forward email to Premiere Realty requesting discussion call re closing delays (.2). Discussion with T. Wohl broker and J. Diiorio re closing delays and message to buyers. Agree on next actions (.2). | | |
| 11-14-2023 | DS | Asset Disposition & Recovery | 0.50 | 207.50 |
| | | Review approval of sale and documents. Update w/ counsel. T/C w/ JD (.3). Review Nabati lien issues (.2). | | |
| 11-14-2023 | KJ | Asset Disposition & Recovery | 4.70 | 1,739.00 |
| | | Discussion w/ broker Premiere Realty re: construction repair and inspection status and projected closing dates. Review comments from the buyer of unit 203 (.3). Discuss and review schedules of completed payments for utilities and services to Via Gaviota (.2). Review email for escrow re: closing schedule and required documents. T/C re: same (.3). Review invoice from Yip Associates for ABC forensic report activity (.3). T/C w/ JD and OJ re: status update to FTC on current project and property activity (.8). Prepare summary of T/C and F/U (.3). Review Nuera invoice #14 and note calculation issues. Confer w/ same re: corrected total, reply and approve (.4). Work on status report and budget format for report (1.8). Respond to supplier re: documentation issues.(.1). T/C to backflow inspection service re: inspection details completed, invoice corrections, and other requirement details (.2). | | |
| 11-14-2023 | JD | Asset Disposition & Recovery | 0.20 | 79.00 |
| | | Review extension paperwork. Approve signature of same (.2). | | |
| 11-15-2023 | KJ | Asset Disposition & Recovery | 2.20 | 814.00 |
| | | Multiple T/Cs w/ broker Premiere Realty re: discussions w/ buyer of unit 203 and demands for reductions for occupancy delays. Go over various options including no response and likely cancellation. Review extension request details from buyer (.4). VM to Nuera re: status of repairs and timing to complete. Review response from same outlining problems and needing more time to receive final inspection (.5). Update w/ Nuera re: payment status of invoices. F/U w/ accounting re: same. Review corrections and final approvals. Prepare email to Nuera and others with full dates and details re: payments (.9). Additional discussion with broker Wohl re: buyer demands and requested letter re: completing repairs (.4). | | |
| 11-16-2023 | KJ | Asset Disposition & Recovery | 1.20 | 444.00 |
| | | Confer w/ Nuera Contractors re: invoice reconciliation and efforts to have contractors work Saturdays (.2). Review email and photos from Nuera Contracting re: avoiding plumbing and wiring problems (.1). Review new list of requests from unit 203 buyer. Discuss in detail w/ broker and review all possible responses and potential outcomes (.6). Prepare, revise, and forward letter detailing no additional repair work will be required beyond shower repairs underway (.3). | | |
| 11-17-2023 | KJ | Asset Disposition & Recovery | 0.40 | 148.00 |
| | | Confer w/ Atty. del Castillo re: court orders provided to escrow and OC Title (.1). Review and respond to correspondence from A/P and suppliers to resolve and approve payable terms and documentation (.3). | | |
| 11-20-2023 | KJ | Asset Disposition & Recovery | 0.80 | 296.00 |
| | | Review emails from broker to buyer of 203 and T/C w/ broker to discuss and resolve (.3). Review latest amendment from 203 buyer (.1). Review proposed Amendment from buyer of unit 203 eliminating unacceptable requests and agreeing to sale terms and closing date. T/C w/ broker Wohl to confirm all details buyer's agreement (.3). Discuss and agree on final unit 203 terms and return executed Amendment (.1). | | |
| 11-20-2023 | DB | Asset Disposition & Recovery | 0.20 | 28.00 |
| | | Process escrow amendment (.2). | | |
| 11-20-2023 | JD | Asset Disposition & Recovery | 0.40 | 158.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Asset Disposition & Recovery | | | | |
| | | Confer w/ KJ re: status of pending sales and work to complete by contractors. Review break-even and purchase price addendums / adjustments (.4). | | |
| 11-21-2023 | KJ | Asset Disposition & Recovery<br>Review and reply to Nuera Contracting correspondence re: new inspector and scheduling difficulties for both 109 and 203 units (.1). T/C w/ Newport Home Loans re: delayed closings and payoff for unit 109. Review repayment and processing details (.3). Review, verify, and approve Nuera Contracting invoice #15. Forward same for final approval (.2). Review and confirm closing documents are completed or in process for both units 109 and 203 HWP (.2). Review and respond to messages re: creditors and creditor payments, repair progress on unit 109, and other closing issues (.3). Review updated demand from 203. Confer w/ broker re: new letter to buyer (.3). | 1.40 | 518.00 |
| 11-22-2023 | KJ | Asset Disposition & Recovery<br>Review email from Granite Escrow to OC Title re: updates (.1). Review message from 109 buyer re: replacing shower niches. Review prior Nuera emails and photos re: shower niches. Forward photos and response and recommendation to broker (.4). Review correspondence re: HOA meeting issues. Review incomplete HOA contact details. Reply to follow up re: obtaining additional information from property manager. T/C and email to property manager's office.(.5). Additional correspondence re: possible niche wall installations (.1). | 1.10 | 407.00 |
| 11-25-2023 | KJ | Asset Disposition & Recovery<br>Follow up on request from broker re: HOA meeting and capital expenditures. T/C and email to Property Manager to get details of HOA meeting or contact details for HOA President (.2). | 0.20 | 74.00 |
| 11-26-2023 | KJ | Asset Disposition & Recovery<br>Confer w/ Harbor Woods Place property manager re: contacts and f/u (.1). | 0.10 | 37.00 |
| 11-27-2023 | KJ | Asset Disposition & Recovery<br>Review Nuera historical emails and details re: scheduling and completing electrical and plumbing repairs required on the first inspection. Go over schedule of work proposed and completed for both units 109 and 203. Prepare email, with prior emails and details attached, asking if final inspector approval obtained for the numerous completed correction issues (.7). T/C w/ Nuera Contracting re: City inspector review and comments on electrical and plumbing work completed. Coordinate next step to get approval for completed items or stronger assurance of final approval (.3). Review and accept Nuera Contracting invoice 016 and forward for approval (.1). Review and reply to return email from Nuera Contracting requesting increased work schedule. Review and reply to email from broker Wohl re: shower repairs for unit 109 (.3). Additional emails and evaluation of remaining repair issues, schedules, and closing requirements (.2). | 1.60 | 592.00 |
| 11-27-2023 | JD | Asset Disposition & Recovery<br>Review emails from contractors re: completion of items, final inspections and closing dates. Confer w/ KJ re: all of same (.3). | 0.30 | 118.50 |
| 11-27-2023 | DS | Asset Disposition & Recovery<br>Meeting w/ team. Review work on condo. Plan for next steps (.3). | 0.30 | 124.50 |
| 11-28-2023 | KJ | Asset Disposition & Recovery<br>Read and respond to attorney questions for filing (.1). Review email from Nuera Contractors to NB City Inspector re shower wall work in units 109 and 203. Read message from 109 buyer and forward to Nuera for details (.2). Forward photo of successful niche install. Email from broker to follow up for HOA meeting details. Forward email to Powerstone Property asking for requested details and updated demands (.3). | 0.60 | 222.00 |
| 11-29-2023 | KJ | Asset Disposition & Recovery<br>Multiple conversations and email responses w/ Nuera Construction re: City inspection issues, Sub contractor schedules, and construction project details (.7). | 0.70 | 259.00 |
| 11-30-2023 | KJ | Asset Disposition & Recovery<br>Review and respond to draftsman re: payment from escrow for prior services (.1). Overall review of drive forwarded from FTC and counsel w/ data. Confer w/ JD re: plan for review of same (.4). Meet w/ RB to review | 1.60 | 592.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Asset Disposition & Recovery | | | | |
| | data file and plan targeted forensic review (.7). Email follow up w/ Powerstone Management for HOA details and updated fee payments (.1). Follow up call w/ Nuera Contractors re: results of city inspection, schedule of tile installation for all units, attempts to get additional crew, and other project details (.3). | | | |
| | | | 36.30 | 13,532.50 |
| Asset Identification & Recovery | | | | |
| 11-09-2023 | CS | Asset Identification & Recovery | 1.30 | 403.00 |
| | Travel to 2355 Westwood Blvd to collect mail. Record collected items, archive same and email to JD re: same (1.3). | | | |
| 11-29-2023 | RB | Asset Identification & Recovery | 0.30 | 93.00 |
| | Discuss w/ JD data filtering assignment. Schedule call w/ KJ (.3). | | | |
| | | | 1.60 | 496.00 |
| Case Management | | | | |
| 11-01-2023 | DB | Case Management | 0.40 | 94.00 |
| | Prepare mailing to SN Services Corporation. | | | |
| 11-06-2023 | DS | Case Management | 0.20 | 83.00 |
| | Review closing and accounting. Confer w/ team and counsel. | | | |
| 11-10-2023 | JD | Case Management | 0.80 | 316.00 |
| | Review update re: Nabati parents and lien assertion. Emails w/ counsel re: same. Review draft letter in response to same (.5). T/C w/ KJ re: status of sale and closing timing and forensic review efforts (.3). | | | |
| 11-10-2023 | DS | Case Management | 0.30 | 124.50 |
| | Review lien issues. Review cash and accounting (.3). | | | |
| 11-15-2023 | JD | Case Management | 0.20 | 79.00 |
| | Review and approve A/P (.2). | | | |
| 11-16-2023 | DS | Case Management | 0.20 | 83.00 |
| | Review emails from counsel. | | | |
| 11-16-2023 | DB | Case Management | 0.10 | 14.00 |
| | Process incoming mail (.1). | | | |
| 11-17-2023 | DB | Case Management | 0.10 | 14.00 |
| | Process incoming mail (.1). | | | |
| 11-27-2023 | JD | Case Management | 0.50 | 197.50 |
| | Review status of review of fraudulent transfers w/ KJ. Emails w/ counsel re: same (.3). Confer w/ DS re: status of sales, review of fraudulent transfers and overall wind-down (.2). | | | |
| 11-29-2023 | JD | Case Management | 0.40 | 158.00 |
| | Review status of report (.2). Update w/ RB re: review of hard drive documents to identify fraudulent transfers (.2) | | | |
| 11-30-2023 | DS | Case Management | 0.30 | 124.50 |
| | Review of case and next steps (.3). | | | |
| | | | 3.50 | 1,287.50 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Forensic Strategy & Analysis | | | | |
| 11-30-2023 | RB | Forensic Strategy & Analysis | 3.00 | 930.00 |
| | Review data room and classify documents (2.4). Confer w/ KJ re: same (.6). | | | |
| | | | 3.00 | 930.00 |
| | | Total | 57.80 | 19,314.50 |

## Time Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Alicia Rodmel | 4.80 | 890.00 |
| Chase Stroman | 1.30 | 403.00 |
| Chuck Nguyen | 5.00 | 1,181.00 |
| David Stapleton | 3.00 | 1,245.00 |
| Deborah Burger | 1.40 | 291.00 |
| Jake Diiorio | 4.20 | 1,659.00 |
| Kenton Johnson | 31.80 | 11,766.00 |
| Ryan Belden | 3.30 | 1,023.00 |
| Yenni Liang | 3.00 | 856.50 |
| Total | | 19,314.50 |

| Activity | Hours | Amount |
|---|---|---|
| Accounting | 13.40 | 3,068.50 |
| Asset Disposition & Recovery | 36.30 | 13,532.50 |
| Asset Identification & Recovery | 1.60 | 496.00 |
| Case Management | 3.50 | 1,287.50 |
| Forensic Strategy & Analysis | 3.00 | 930.00 |
| Total Fees | | 19,314.50 |

## Expense Summary

| Expense | Amount |
|---|---|
| Copies | 6.80 |
| Mileage | 15.72 |
| Postage & Correspondence | 278.30 |
| Total Expenses | 300.82 |

**Total for this Invoice** 19,615.32

**Stapleton Group**
514 Via De La Valle
Ste 210
Solana Beach, CA 92075
213-235-0600
www.stapletoninc.com

December 31, 2023

**Federal Trade Commission - Green Equitable Solutions**

**Invoice Number: 7252**
Invoice Period: 12-01-2023 - 12-31-2023

## Time Details

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 12-04-2023 | YL | Accounting<br>Review and approve various positive pay (.3). | 0.30 | 84.00 |
| 12-04-2023 | CN | Accounting<br>Research and confer w/ YL re: positive pay exception (.1). | 0.10 | 23.50 |
| 12-04-2023 | AR | Accounting<br>Process and archive bank statements. Record JE (.5). | 0.50 | 97.50 |
| 12-05-2023 | YL | Accounting<br>Review JE G/L (.2). | 0.20 | 59.00 |
| 12-05-2023 | CN | Accounting<br>Create and post J/E batch for interest income. Perform bank reconciliations (.3). | 0.30 | 70.50 |
| 12-06-2023 | AR | Accounting<br>Confer w/ DB re: Corodata (.1). | 0.10 | 18.50 |
| 12-06-2023 | YL | Accounting<br>Review and provide cash balance to KJ (.3). | 0.30 | 84.00 |
| 12-07-2023 | CN | Accounting<br>Post, commit and process Bill Pay check payment (.1). | 0.10 | 23.50 |
| 12-11-2023 | CN | Accounting<br>Review and approve invoice payment process. Perform bank reconciliation (.2). | 0.20 | 47.00 |
| 12-11-2023 | AR | Accounting<br>Process A/P (.3). | 0.30 | 55.50 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 12-12-2023 | YL | Accounting<br>Confer w/ KJ and MF re: QSF account, escrow closing statement (.3). | 0.30 | 84.00 |
| 12-12-2023 | CN | Accounting<br>Review and approve PayScan invoice payments process. Post, commit and process Bill Pay check payment (.2). | 0.20 | 47.00 |
| 12-14-2023 | YL | Accounting<br>T/C w/ KJ and provide wire instructions (.3). | 0.30 | 84.00 |
| 12-18-2023 | AR | Accounting<br>Confer w/ MS re: A/P e-mails that came through on Sunday. Process A/P (1.1). Confer w/ KJ re: pending invoice. Confer w/ Vicki at Nuera: re: status on payment (.3). | 1.40 | 259.00 |
| 12-18-2023 | CN | Accounting<br>Review and approve PayScan invoices for payment (.1). | 0.10 | 23.50 |
| 12-19-2023 | AR | Accounting<br>Confer w/ City of New Port Beach re: payment sent and request late fee waiver. Process check run. Process A/P (.5). | 0.50 | 92.50 |
| 12-19-2023 | CN | Accounting<br>T/C w/ AR re: confirmation of payment amount. F/U w/ AR re: same. Review and approve PayScan invoices for payment. Post, commit, and process in house payment check and Bill Pay checks (.7). | 0.70 | 164.50 |
| 12-26-2023 | AR | Accounting<br>Confer w/ KJ re: Nuera invoices emailed by Vicki (.2). | 0.20 | 37.00 |
| 12-28-2023 | AR | Accounting<br>Process A/P (.3). | 0.30 | 55.50 |
| | | | 6.40 | 1,410.00 |
| Asset Disposition & Recovery | | | | |
| 12-05-2023 | KJ | Asset Disposition & Recovery<br>Update T/C w/ Premier Realty re: current sale closing details and estimates (.3). Review and approve current invoice from Nuera Contractors LLP (.1). T/C w/ former broker re: personal property used for staging in units 109 and 203 (.2). Review detailed update from Nuera Superintendent describing details of material and completion delays and respond to same (.3). Review update from Harbor Woods Place property management company re: recent HOA meeting to discuss proposed assessment to complete the exterior repairs to the remaining buildings. T/C w/ community manager to discuss further and review details for same. Forward additional comments to Premier Realty (.5). | 1.40 | 518.00 |
| 12-06-2023 | KJ | Asset Disposition & Recovery<br>Confirm w/ team re: current detailed cash balances for interim court report and review same (.2). T/C w/ Premier Realty to discuss the status of repairs in unit 109 and the previous concerns and comments from buyer. Confirm agreement to have the buyer meet with the construction superintendent to go over all issues and inspect progress (.3). Confer w/ construction superintendent re: meeting with buyer of unit 109 re: same (.1). F/U T/C w/ JD to discuss and review several pending tasks and issues (.2). Confer w/ escrow re: tax and escrow documents and confirm additional invoices will be forthcoming (.2). | 1.00 | 370.00 |
| 12-07-2023 | KJ | Asset Disposition & Recovery<br>Review email from Nuera re: inspection issues for both units and timing to complete all repairs. Prepare and forward list to check and respond (.5). Review response and schedule prepared after following an initial review | 2.10 | 777.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|

Asset Disposition & Recovery

of the extensive data on flash drive turned over by the FTC. Detail review of specific files identified (1.4). Forward excel file with cover recommendation for next action (.2).

| | | | | |
|---|---|---|---|---|
| 12-08-2023 | KJ | Asset Disposition & Recovery | 0.70 | 259.00 |

Review emails from Nuera Superintendent re: supply and inspection issues slowing down completing the required shower repairs and solutions for same (.2). Prepare reply with copy to Premier Realty (.1). T/C w/ Premiere Realty re: buyer comments, timing to complete repairs, and other issues (.4).

| | | | | |
|---|---|---|---|---|
| 12-11-2023 | KJ | Asset Disposition & Recovery | 1.50 | 555.00 |

Confer w/ Nuera re: invoice payments. Confirm prior payments and authorize unpaid invoices for payment (.2). Review correspondence from NHL and escrow re: delayed closing for unit 109 (.3). F/U T/C w/ SP re: completing review of FTC turnover documents (.1). Approve payment of water bill from City of Newport Beach (.1). Review update memos and review pictures forwarded by Nuera re: improvements nearly complete and ready for upcoming final inspection. Review information and pictures forwarded of drywall tape Seam fracture in living room area where the HOA completed repairs (.3). Reply to Nuera w/ questions about unit 109 and other project issues. Additional responses and replies (.3). E-mail to broker w/ details of the near completion of repairs and additions for unit 203 and projected outlook for unit 109 (.2).

| | | | | |
|---|---|---|---|---|
| 12-12-2023 | KJ | Asset Disposition & Recovery | 0.90 | 333.00 |

Respond to email from Nuera re: details of final repairs and instructions. Review comments from buyer of unit 109. Read emails from Nuera requesting review of delayed and unpaid and short-paid invoices (.3). Various exchanges and T/Cs to finish setting up QSF for Newport Beach sale proceeds (.3). Review additional emails from Nuera following up re: invoice payments (.1). Confer w/ SP re: parameters of and resending time schedule to complete initial review of the FTC turnover documents (.2).

| | | | | |
|---|---|---|---|---|
| 12-13-2023 | KJ | Asset Disposition & Recovery | 2.50 | 925.00 |

T/C w/ SP re: completing review of selected FTC turned over documents (2). Review grant deeds and other escrow documents. Review June and November approved Stipulations and Orders re: authority of Receiver to sign for MRN Trust as seller. Prepare and forward letter to counsel to confirm re: same (1.9). Review reply from counsel relating to the sale documents and determine next steps re: closing (.4).

| | | | | |
|---|---|---|---|---|
| 12-13-2023 | JD | Asset Disposition & Recovery | 0.30 | 118.50 |

Updates from KJ and counsel re: status of closing escrows and paperwork revisions re: same (.3).

| | | | | |
|---|---|---|---|---|
| 12-14-2023 | KJ | Asset Disposition & Recovery | 5.40 | 1,998.00 |

Confer w/ SP re: revised timing to complete reviewing the selected FTC documents (.1). Email to escrow re: details of closing requirements and procedures (.3). Review escrow closing documents for condominium units 109 and 203 and complete as needed. Prepare for Receiver's signature and notarization (3.4). Prepare and forward copies of prepared closing documents for both properties to escrow office and confer w/ same (.4). Review emails and photos re: NB Inspection card receiving final approval for all repairs for unit 203. T/C and email to broker re: same (.5). F/U T/Cs and emails w/ escrow re: OC Title accepting wording on grant deeds (.4). Confer w/ accounting re: net proceeds from both escrows (.3).

| | | | | |
|---|---|---|---|---|
| 12-14-2023 | JD | Asset Disposition & Recovery | 0.40 | 158.00 |

Updates re: final inspection and final permits received from 203 Harbor Woods (.2). Review updates re: completion of same for 109 and next steps to close sales (.2).

| | | | | |
|---|---|---|---|---|
| 12-15-2023 | DB | Asset Disposition & Recovery | 1.60 | 224.00 |

Process escrow documents and notarize instructions re: seller's net proceeds and grant deeds (.9). Coordinate FedEx shipment of same to escrow. Review email from J. Song at Granite Escrow. T/C w/ same. Process 2 amended escrow instructions. Process incoming pleadings (.7).

| | | | | |
|---|---|---|---|---|
| 12-15-2023 | JD | Asset Disposition & Recovery | 0.30 | 118.50 |

Updates re: all escrow docs. Follow ups re: closing and permits (.3).

| | | | | |
|---|---|---|---|---|
| 12-19-2023 | KJ | Asset Disposition & Recovery | 2.40 | 888.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Asset Disposition & Recovery | | | | |
| | | T/Cs w/ Premiere Realty and Nuera Contracting re: closing repair details and timing and discuss 203 buyer's claims for repairs. Debrief w/ JD (.6). Follow up and update to team re: progress of reviewing turned over statements and information from the FTC (.1). Review correspondence and video forwarded by Premier Realty from buyer of unit 203. Evaluate reimbursement request. T/C w/ broker re: same discuss proposal to provide credit to buyer. Confer w/ JD re: same (.7). T/C w/ Powerstone Management Service re: prior request to repair ceiling work performed by Precision Painting (.3). Review correspondence from Powerstone Property Management confirming Precision Painting to complete repairs and request access information and coordinate same (.2). Review emails from broker to Nuera Contractors re: extended closing date to January 5. T/C w/ broker re: full credit for the proposed HOA assessment of $14,000 (.4). Review additional sale amendment for unit 203 signed by the buyer and provide same to escrow (.1). | | |
| 12-19-2023 | DB | Asset Disposition & Recovery<br>Process escrow addendum (.2). | 0.20 | 28.00 |
| 12-20-2023 | KJ | Asset Disposition & Recovery<br>Confer w/ escrow re: revised closing dates for unit 203 and information needed for unit 109 and provide same (.3). | 0.30 | 111.00 |
| 12-20-2023 | DB | Asset Disposition & Recovery<br>Process add'l escrow documents for 12/22/23 closing (.6). | 0.60 | 84.00 |
| 12-26-2023 | KJ | Asset Disposition & Recovery<br>T/C and confer w/ escrow re: wire instructions for net sale proceeds of unit 203 HWP (.1). | 0.10 | 37.00 |
| 12-27-2023 | KJ | Asset Disposition & Recovery<br>Review and approve invoice from Nuera Contracting LLP (.1). Review and prepare detailed response to Atty. del Castillo re: status of sales of unit 109 and 203 in Harbor Woods Place (.6). Confer w/ Nuera Contracting re: unexpected, not previously listed, and additional requirement from the city of Newport Beach inspector. T/C w/ superintendent to discuss options and requirements to complete the closing of the sale (.4). | 1.10 | 407.00 |
| 12-28-2023 | KJ | Asset Disposition & Recovery<br>Review correspondence from buyer of unit 109 forwarded by broker Premier Estates. T/C to broker T. Wohl to discuss the permitted and fully code compliant repairs and confirm AS-IS sale which includes prior and existing marks, scratches, and scrapes. Discuss response to buyer re: request to reimburse proposed HOA assessment of $14,000 to include that the HOA added value to the property and the Receiver is responding with a reduced proposal (.7). | 0.70 | 259.00 |
| 12-29-2023 | DS | Asset Disposition & Recovery<br>Review draft escrow and discuss same. Update on sale (.3). | 0.30 | 124.50 |
| | | | 23.80 | 8,292.50 |
| Case Management | | | | |
| 12-01-2023 | JD | Case Management<br>Follow ups re: pending sales, fraud transfer review, cash and interim report (.5). | 0.50 | 197.50 |
| 12-04-2023 | DB | Case Management<br>Process incoming mail (.1). | 0.10 | 14.00 |
| 12-05-2023 | JD | Case Management<br>Review email from staff re: response to creditor. Follow-ups re: same (.2). | 0.20 | 79.00 |
| 12-05-2023 | DB | Case Management<br>Review emails from counsel for Vienna Capital (.2). | 0.20 | 28.00 |
| 12-06-2023 | JD | Case Management | 0.40 | 158.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Case Management | | | | |
| | Confer w/ KJ re: status, review of accounting data for fraudulent transfers and closing details (.4). | | | |
| 12-06-2023 | JD | Case Management | 0.30 | 118.50 |
| | Finalize report and send to counsel (.3). | | | |
| 12-07-2023 | JD | Case Management | 0.30 | 118.50 |
| | Follow ups re: fraud transfers review and filing of report (.3). | | | |
| 12-07-2023 | DS | Case Management | 0.30 | 124.50 |
| | Review case w/ KJ. Updates re: same (.3). | | | |
| 12-08-2023 | JD | Case Management | 0.50 | 197.50 |
| | Updates w/ counsel re: status of sales, general wind-down of receivership, fraud txfr review, and restitituion fund. Follow ups re: same. | | | |
| 12-10-2023 | JD | Case Management | 0.20 | 79.00 |
| | Review revisions to next quarterly report. Approve same for filing (.2). | | | |
| 12-16-2023 | KJ | Case Management | 1.60 | 592.00 |
| | Review question re: invoices and review same. Prepare and forward detailed email with attachments to accounting (1.6). | | | |
| 12-18-2023 | SP | Case Management | 0.10 | 40.00 |
| | T/C w/ RB re: progress (.1). | | | |
| 12-18-2023 | KJ | Case Management | 2.50 | 925.00 |
| | Emails and T/Cs re: accounting and A/P details. Prepare all current invoices to pay (.3). T/C w/ Nuera Contractors A/P to discuss outstanding invoices (.1). F/U re: current HOA payment requests (.2). T/C w/ Premiere Realty re: HOA assessment on unit 109. Confer w/ JD w/ recommendation for same (3). Prepare and forward payment request and schedules to escrow re: fees for permits and plans (.8). Review and approve sellers final closing statement and coordinate signing (.5). Review closing statement and begin to reconcile same from earlier estimate (.3). | | | |
| 12-18-2023 | JD | Case Management | 0.50 | 197.50 |
| | Follow ups re: net proceeds, status of review of accounting entries and A/P re: work for contractors (.5). | | | |
| 12-18-2023 | DB | Case Management | 0.50 | 70.00 |
| | Process incoming mail and escrow documents (.5). | | | |
| 12-20-2023 | JD | Case Management | 0.30 | 118.50 |
| | Review forensic, reporting and wind-down / restitution plan (.3). | | | |
| 12-22-2023 | DS | Case Management | 0.30 | 124.50 |
| | Review progress and emails. Confer w/ JD (.3). | | | |
| 12-27-2023 | JD | Case Management | 0.30 | 118.50 |
| | Review and respond to emails from counsel re: closing of property sales (.2). Review details re: #109 from KJ (. 1). | | | |
| 12-27-2023 | DB | Case Management | 0.20 | 28.00 |
| | Process incoming mail (.2). | | | |
| | | | 9.30 | 3,328.50 |

Thank you for trusting Stapleton Group, we appreciate your business.

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Forensic Strategy & Analysis | | | | |
| 12-06-2023 | RB | Forensic Strategy & Analysis | 3.00 | 930.00 |
| | Review data files for unique insider transactions (3.0). | | | |
| 12-06-2023 | KJ | Forensic Strategy & Analysis | 0.20 | 78.00 |
| | Review status of review re: numerous GES documents on flash drive turned over by the FTC. Arrange for follow up review (.2). | | | |
| 12-07-2023 | RB | Forensic Strategy & Analysis | 5.00 | 1,550.00 |
| | Review files for unique insider transactions (4.0). Confer w/ KJ re: same (1.5). | | | |
| 12-14-2023 | SP | Forensic Strategy & Analysis | 0.80 | 320.00 |
| | Attend initial overview T/C w/ KJ. T/C w/ RB to review open files (.8). | | | |
| 12-18-2023 | RB | Forensic Strategy & Analysis | 3.90 | 1,209.00 |
| | Review FTC files and summarize results (3.9). | | | |
| 12-19-2023 | SP | Forensic Strategy & Analysis | 0.20 | 80.00 |
| | Review RB's research (.2). | | | |
| 12-20-2023 | RB | Forensic Strategy & Analysis | 3.70 | 1,147.00 |
| | Analyze files for insider transactions. Summarize findings and prepare supplemental detail support (3.7). | | | |
| 12-20-2023 | SP | Forensic Strategy & Analysis | 0.80 | 320.00 |
| | T/C w/ RB re: open file review (.7). Follow-up correspondence w/ team (.1) | | | |
| | | | 17.60 | 5,634.00 |
| | | **Total** | 57.10 | 18,665.00 |

## Time Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Alicia Rodmel | 3.30 | 615.50 |
| Chuck Nguyen | 1.70 | 399.50 |
| David Stapleton | 0.90 | 373.50 |
| Deborah Burger | 3.40 | 476.00 |
| Jake Diiorio | 4.50 | 1,777.50 |
| Kenton Johnson | 24.40 | 9,032.00 |
| Ryan Belden | 15.60 | 4,836.00 |
| Stephen Potts | 1.90 | 760.00 |
| Yenni Liang | 1.40 | 395.00 |
| | **Total** | 18,665.00 |

| Activity | Hours | Amount |
|---|---|---|
| Accounting | 6.40 | 1,410.00 |
| Asset Disposition & Recovery | 23.80 | 8,292.50 |
| Case Management | 9.30 | 3,328.50 |
| Forensic Strategy & Analysis | 17.60 | 5,634.00 |
| | **Total Fees** | 18,665.00 |

## Expense Summary

| Expense | Amount |
|---|---|
| Copies | 4.00 |
| Notary | 60.00 |

| **Expense** | | **Amount** |
|---|---|---|
| Postage & Correspondence | | 16.52 |
| | **Total Expenses** | 80.52 |
| | **Total for this Invoice** | 18,745.52 |

**Stapleton Group**
514 Via De La Valle
Ste 210
Solana Beach, CA 92075
213-235-0600
www.stapletoninc.com

January 31, 2024

**Federal Trade Commission - Green Equitable Solutions**

**Invoice Number: 7253**
Invoice Period: 01-01-2024 - 01-31-2024

## Time Details

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 01-02-2024 | YL | Accounting | 1.00 | 295.00 |
| | Confer w/ KJ re: escrow closing. Review cash balance and provide status update to team (.4). Various emails re: same and prepare funds transfer (.6). | | | |
| 01-02-2024 | CN | Accounting | 0.20 | 49.00 |
| | Reconcile bank account. Archive bank recon (.2). | | | |
| 01-04-2024 | CN | Accounting | 0.30 | 73.50 |
| | Perform bank reconciliation (.3). | | | |
| 01-04-2024 | CN | Accounting | 0.20 | 49.00 |
| | Review JE G/L (.2). | | | |
| 01-05-2024 | CN | Accounting | 0.90 | 220.50 |
| | Prepare back up and J/E for property sale. Confer w/ YL re: pending review and posting of same. Confer and f/u w/ w/ AR re: recording sale proceed and internal funds transfer. Review, revise and post incoming sale proceeds and record same. Review and approve PayScan invoice for payment (.9). | | | |
| 01-05-2024 | AR | Accounting | 0.20 | 39.00 |
| | Process cash receipt (.2). | | | |
| 01-05-2024 | YL | Accounting | 0.80 | 236.00 |
| | Review escrow closing statement and post transactions. Confer w/ team re same (.8). | | | |
| 01-05-2024 | AR | Accounting | 0.20 | 39.00 |
| | Record JE (.2). | | | |
| 01-08-2024 | YL | Accounting | 1.50 | 442.50 |
| | Obtain approval to transfer funds and process same. Review cash balance, incoming wire, review escrow closing statement (1.5). | | | |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 01-08-2024 | AR | Accounting<br>Confer w/ CN re: transfer money from MM account (.1). | 0.10 | 19.50 |
| 01-08-2024 | AR | Accounting<br>Process A/P. Process cash receipt (.5). | 0.50 | 97.50 |
| 01-08-2024 | CN | Accounting<br>Confer w/ YL and AR re: cash transfer needed for payment processing. Perform bank reconciliation. Review, post, commit and process internal cash transfer (.6). | 0.60 | 147.00 |
| 01-09-2024 | CN | Accounting<br>Prepare backup and J/E for sale of 109 Harbor Woods Place. Confer w/ YL re: same pending review and approval. Confer w/ AR re: recording sale proceed. Review and approve PayScan invoice for payment. Post, commit and process Bill Pay check payment (1.2). | 1.20 | 294.00 |
| 01-09-2024 | AR | Accounting<br>Confer w/ BH re: City of Newport Beach set up. Process cash receipt. Confer w/ KJ re: payment sent to Nuera Contracting (.4). | 0.40 | 78.00 |
| 01-10-2024 | AR | Accounting<br>Confer w/ BH re: City of Newport Beach delinquent notice. Process A/P (.6). | 0.60 | 117.00 |
| 01-10-2024 | BH | Accounting<br>Confer w/ KJ re: approval of invoices for 109 and 203 Harbor Wood property (.3). | 0.30 | 48.00 |
| 01-11-2024 | AR | Accounting<br>Confer w/ BH re: invoices for City of Newport. Confer w/ KJ re: same (.4). | 0.40 | 78.00 |
| 01-11-2024 | YL | Accounting<br>T/C w/ AR re: unpaid insurance invoices. Review invoices and confer w/ KJ re: insurance policy (.5). | 0.50 | 147.50 |
| 01-11-2024 | CN | Accounting<br>Review and post incoming funds from sale proceed (.1). | 0.10 | 24.50 |
| 01-12-2024 | YL | Accounting<br>F/u w/ KJ re: insurance invoice (.3). | 0.30 | 88.50 |
| 01-12-2024 | AR | Accounting<br>Process A/P (.2). | 0.20 | 39.00 |
| 01-12-2024 | CN | Accounting<br>Review and approve PayScan invoice for payment. Post, commit, and process Bill Pay check payment (.2). | 0.20 | 49.00 |
| 01-16-2024 | CN | Accounting<br>Review and approve PayScan invoice payment. Post, commit and process Bill Pay check payment. T/C w/ AR re: GL coding. Review, post and process internal cash transfer (.7). | 0.70 | 171.50 |
| 01-16-2024 | AR | Accounting<br>Process A/P. Process cash receipt (.5). | 0.50 | 97.50 |
| 01-17-2024 | YL | Accounting | 0.30 | 88.50 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| | | Set up user access to the QSF account (.3). | | |
| 01-17-2024 | CN | Accounting | 0.10 | 24.50 |
| | | Review bank activity. Confer w/ YL re: QSF account access (.1). | | |
| 01-19-2024 | AR | Accounting | 0.30 | 58.50 |
| | | Process A/P (.3). | | |
| 01-19-2024 | DS | Accounting | 0.30 | 130.50 |
| | | Review emails from counsel and accounting (.3). | | |
| 01-22-2024 | AR | Accounting | 0.40 | 78.00 |
| | | Process A/P (.4). | | |
| 01-22-2024 | YL | Accounting | 0.40 | 118.00 |
| | | Review and post escrow closing statement (.4). | | |
| 01-22-2024 | CN | Accounting | 0.60 | 147.00 |
| | | Extract 1099 data and run 1099 extracted data reports. Review 1099 report for possible missing 1099 report vendors. Reconcile and confirm amount 1099 report vs. GL. Generate and archive 1099 copy B (.6). | | |
| 01-23-2024 | AR | Accounting | 0.50 | 97.50 |
| | | Process A/P. Process cash receipt (.5). | | |
| 01-23-2024 | CN | Accounting | 0.70 | 171.50 |
| | | Review and approve PayScan invoices for payment. Post, commit and process Bill Pay check payments. Review bank activity and download internal cash transfer confirmation. Confer w/ AR re: recording cash transfer (.7). | | |
| 01-24-2024 | CN | Accounting | 0.50 | 122.50 |
| | | Review, post, commit and process internal cash transfer. Confer w/ AR re: revising cash account and re-entering internal cash transfer receipt. T/C w/ AR re: same (.5). | | |
| 01-25-2024 | AR | Accounting | 0.30 | 58.50 |
| | | Process A/P (.3). | | |
| 01-26-2024 | YL | Accounting | 0.20 | 59.00 |
| | | Confer w/ CNB re: QSF account and MMA type of account (.2). | | |
| 01-29-2024 | CN | Accounting | 0.10 | 24.50 |
| | | Review and archive corporate document (.1). | | |
| 01-31-2024 | CN | Accounting | 0.20 | 49.00 |
| | | Review and approve PayScan invoice processing. Post, commit and process Bill Pay check payment (.2). | | |
| | | | 16.80 | 4,167.50 |
| Asset Disposition & Recovery | | | | |
| 01-02-2024 | KJ | Asset Disposition & Recovery | 2.80 | 1,092.00 |
| | | Review correspondence from Granite Escrow re: note and preclosing statement and reply to same. Confer w/ accounting re: sale proceeds not received for unit 203. Review instructions to escrow. Prepare follow up to escrow re: same. Review preliminary closing statement for unit 109 (.9). Email to Nuera re: completing new electrical issues at unit 109. Additional correspondence re: sale proceeds and forward wire instructions. Confirm sale proceeds received and authorize transfer of same to QSF account. Additional email exchanges to | | |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Asset Disposition & Recovery | | | | |
| | | complete same. Respond to email from Nuera re: electrical repairs (1.2). Read email from counsel and research items re: same. Review prior non-receivership sales, prepare and forward email to counsel w/ details re: property tax of four sold properties (.3). Confer and T/C w/ M. Krause, project manager of HOA painting company re: contact with new owner of unit 203 to complete ceiling repair (.2). Email with details to broker to contact buyer and review response (.2). | | |
| 01-03-2024 | KJ | Asset Disposition & Recovery | 1.10 | 429.00 |
| | | Email to Premiere Realty re: status of resolving buyer's demands for 1/5 closing (.1). Follow up email to escrow officer to confirm all required documents from seller are complete (.1). Confer re: resolution of Snyder requests to close unit 109. T/C w/ Nuera re: grout needed. Discuss and review picture from Nuera. Confirm electrical work related to newly required GFI is complete and final Inspection scheduled for Thursday Jan 4. Additional discussion w/ Premiere Realty broker re: closing options (.6). Review final seller escrow documents. T/C to Newport Hole Loans to confirm Maturity Extension fee was added to Nabati Trust and not during receivership period. Confirm all documents are correct and pending final agreements with buyer (.3). | | |
| 01-03-2024 | JD | Asset Disposition & Recovery | 0.20 | 83.00 |
| | | Review emails re: repairs and final closing details on #109 Harbor Woods (.2). | | |
| 01-04-2024 | KJ | Asset Disposition & Recovery | 1.60 | 624.00 |
| | | T/C w/ Nuera re: issues w/ minor shower tile repair. F/U T/Cs to resolve same (.3). T/Cs and vm's to Premiere Realty to set up final response to buyer of unit 109 (.2). Confer w/ JD re: final response to unit 109 buyer's credit requests (.3). T/C and review pictures from Nuera re: tile repair completed and request for plans and inspection cards to be left at both units (.2). T/C to and from broker T. Wohl re: Receiver's response to buyer's final request for credits (.2). Confer w/ JD re: response and forward information to broker (.2). Review buyer's acceptance of proposal. Prepare and return multiple amendments to escrow (.2). | | |
| 01-05-2024 | KJ | Asset Disposition & Recovery | 3.50 | 1,365.00 |
| | | Prepare for discussion with counsel re: review of FTC turnover files (.3). Meeting w/ JD and counsel re: receivership details and future actions (.5). Multiple emails and T/Cs w/ escrow, broker, buyer, and Nuera Contracting to resolve questions re: all contractor invoices paid and other last minute questions. Confirm closing of sale to all (2.7). | | |
| 01-09-2024 | JD | Asset Disposition & Recovery | 0.20 | 83.00 |
| | | Review docs from escrow. Review status of closed sales (.2). | | |
| 01-10-2024 | KJ | Asset Disposition & Recovery | 0.70 | 273.00 |
| | | Review and approve final invoice for Nuera Contracting (.1). Locate and forward insurance agent contact details and copies of four property insurance policies for sold units 109 and 203 in NB (.2). Edits to closing memo re: FTC turnover forwarded from counsel (.3). Review and approve final water bills from city of NB (.1). | | |
| 01-21-2024 | KJ | Asset Disposition & Recovery | 0.20 | 78.00 |
| | | Review, correct, and approve final closing SCG bills for units 109 and 203 Harbor Woods Place Newport Beach (.2). | | |
| | | | 10.30 | 4,027.00 |
| Asset Identification & Recovery | | | | |
| 01-08-2024 | KJ | Asset Identification & Recovery | 1.00 | 390.00 |
| | | Review Coin Base documents and identify additional follow ups (.9). Update team re: issues and tasks (.1). | | |
| 01-09-2024 | KJ | Asset Identification & Recovery | 3.50 | 1,365.00 |
| | | Review FTC turnover of emails and documents related to $200,000 loan secured by Spurney Lane property with loan proceeds diverted to Nabati's parents (1.6). Prepare and forward summary of Spurney loan details w/ exhibits and forward same to counsel (.7). Locate, review, and forward w/ comments from prior correspondence and documents related to Southern CA Edison and service to both sold Newport Beach condo units (.5). Review unpaid Newport Beach water bills and process disconnection of service (.2). Review and approve water bills for units 109 and 203. Confer w/ team re: follow up items (.2). Review email from RB re: review of existing bank documents will not confirm more than $50,000 diverted from loan proceeds to M. | | |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Asset Identification & Recovery | | | | |
| | | Nabati's attorney (.3). | | |
| 01-18-2024 | KJ | Asset Identification & Recovery<br>T/C w/ JD and Atty. del Castillo re: final estate actions including pursuing claims against Nabati's parent and Atty. S. Azari (.4). Go over prior bank statement review and select documents for attorney and arrange to collect same (.3). | 0.70 | 273.00 |
| 01-22-2024 | KJ | Asset Identification & Recovery<br>Review Chase bank statements for Nabati parents reflecting receipt of $194,628 loan proceeds and disbursements including S. Azari (.4). Additional study of Chase bank statements to prepare details for attorney (.6). | 1.00 | 390.00 |
| 01-30-2024 | KJ | Asset Identification & Recovery<br>Review email from Atty. del Castillo re: final asset resolution details. Forward email arranging transfer of bank records and forward same (.3). Review draft settlement agreement and comment re: date correction. Confer w/ JD and forward to Atty. del Castillo (.2). Prepare email for attorney with four months of bank records describing receiving diverted loan proceeds, and using $50,000 as part retainer payment to M. Nabati defense attorney (.6). | 1.10 | 429.00 |
| | | | 7.30 | 2,847.00 |
| Case Management | | | | |
| 01-02-2024 | DB | Case Management<br>Process incoming mail (.3). | 0.30 | 70.50 |
| 01-04-2024 | BH | Case Management<br>Process and forward Addendum No.2 to J. Dempsey (.2). | 0.20 | 32.00 |
| 01-04-2024 | BH | Case Management<br>Process Seller's Closing Statement and Real Estate Withholding Statement to escrow officer (.3). | 0.30 | 48.00 |
| 01-04-2024 | DS | Case Management<br>Review and update on case. Confer w/ team (.3). | 0.30 | 130.50 |
| 01-05-2024 | DS | Case Management<br>Review emails from counsel (.2). | 0.20 | 87.00 |
| 01-05-2024 | JD | Case Management<br>Prepare for and attend conf. call w/ counsel re: asset sales, review of hard drive records and next steps to wind-up receivership (.6). | 0.60 | 249.00 |
| 01-08-2024 | DS | Case Management<br>Review Nabati correspondence (.2). | 0.20 | 87.00 |
| 01-08-2024 | JD | Case Management<br>Review cash and banking activity (.1). Review and approve final payment of contractor invoices. Review net proceeds analysis (.2). | 0.30 | 124.50 |
| 01-09-2024 | JD | Case Management<br>T/C w/ Atty. del Castillo re: status of case, discussions w/ counsel for Nabati parents, resolution of same and next steps (.4). | 0.40 | 166.00 |
| 01-09-2024 | BH | Case Management<br>Process cancelation of SoCal Gas and City of Newport accounts for 103 and 203 Harbor Wood (.8). | 0.80 | 128.00 |



**Exhibit 1**
**Page 37**

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Case Management | | | | |
| 01-10-2024 | BH | Case Management | 0.50 | 80.00 |
| | T/Cs and emails to City of Newport re: invoice for 109 and 203 Harbor Wood property (.5). | | | |
| 01-10-2024 | BH | Case Management | 0.80 | 128.00 |
| | T/C w/ Southern California Edison re: confirmation of any accounts held by Michael Nabati (.5). T/C and VM to Ashley and Andrew at Comparison Insurance Agency to cancel insurance policies (.3). | | | |
| 01-11-2024 | KJ | Case Management | 1.10 | 429.00 |
| | Review reply from insurance agent re: cancelling four policies. Locate and review February 2023 emails re: insurance coverage. Forward email re: review of current exchanges (.7). Confer w/ team re: wrong water bill from City of NB and clear same (.4). | | | |
| 01-11-2024 | BH | Case Management | 0.50 | 80.00 |
| | Confer w/ insurance company re: policies and obtain confirmation from same that account has been closed (.5). | | | |
| 01-11-2024 | DB | Case Management | 0.20 | 47.00 |
| | Process incoming mail (.2). | | | |
| 01-11-2024 | DS | Case Management | 0.30 | 130.50 |
| | Review emails from counsel and confer w/ team (.3). | | | |
| 01-16-2024 | DB | Case Management | 0.30 | 70.50 |
| | Process incoming mail (.3). | | | |
| 01-17-2024 | JD | Case Management | 0.30 | 124.50 |
| | Review status of review of docs (.1). Review update from Atty. del Castillo re: fraudulent transfers. Confer w/ KJ re: same (.2). | | | |
| 01-17-2024 | DS | Case Management | 0.30 | 130.50 |
| | Review emails from counsel and claims (.3). | | | |
| 01-18-2024 | JD | Case Management | 0.40 | 166.00 |
| | T/C w/ Attys. del Castillo and Robichaud re: status of Nabati transfers and other wind-down decisions (.3). Debrief w/ KJ re: same (.1). | | | |
| 01-19-2024 | DB | Case Management | 0.50 | 117.50 |
| | Process incoming mail (.2). Prepare letters to borrower and mortgage company (.3). | | | |
| 01-19-2024 | BH | Case Management | 1.00 | 160.00 |
| | Prep and forward letters to Mortgage holders and letter to Mortgage company re: Academy Home Services. Confer w/ DB re: same (1.0). | | | |
| 01-22-2024 | DS | Case Management | 0.30 | 130.50 |
| | Review emails and confer w/ team. Update from counsel (.3). | | | |
| 01-23-2024 | DS | Case Management | 0.20 | 87.00 |
| | Review emails (.2). | | | |
| 01-23-2024 | JD | Case Management | 0.40 | 166.00 |
| | Review and respond to letter re: Nabati parents resolution and settlement. Emails w/ counsel (.4). | | | |
| 01-24-2024 | DS | Case Management | 0.20 | 87.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Case Management | | | | |
| | | Finalize comments on letter (.2). | | |
| 01-25-2024 | BH | Case Management | 1.00 | 160.00 |
| | | Forward letter to mortgage company and letters to mortgage holder notifying them of Academy Service Homes (1.0). | | |
| 01-29-2024 | DS | Case Management | 0.40 | 174.00 |
| | | Review of draft report to court. Comments to same (.4). | | |
| 01-29-2024 | KJ | Case Management | 0.30 | 117.00 |
| | | Review draft of interim Court report. Confer w/ JD re: same (.3). | | |
| 01-30-2024 | JD | Case Management | 0.80 | 332.00 |
| | | Review supplemental report and reply to counsel w/ comments re: same (4). Review and respond re: letter to former Nabati counsel. Review details and plan for update call w/ regulators and meet and confer re: report (.4). | | |
| 01-30-2024 | DS | Case Management | 0.30 | 130.50 |
| | | Review emails from counsel (.3). | | |
| 01-31-2024 | JD | Case Management | 0.40 | 166.00 |
| | | Review status of reporting, receivership wind-down and update call w/ regulators to discuss same. Review emails and confer w/ team (.4). | | |
| | | | 14.10 | 4,336.00 |
| Forensic Strategy & Analysis | | | | |
| 01-02-2024 | RB | Forensic Strategy & Analysis | 1.70 | 552.50 |
| | | Review FTC files and revise and edit summary presentation (1.7). | | |
| 01-02-2024 | KJ | Forensic Strategy & Analysis | | No Charge |
| | | Review RB's analysis report of selected files from FTC turnover. Identify and confirm transfer to Nabati's attorney. Check other transactions including transfers to Tesla and S. Barron (.7). Prepare email to SP and RB re: f/u meeting to review same w/ JD (.2). | | |
| 01-03-2024 | KJ | Forensic Strategy & Analysis | 0.70 | 273.00 |
| | | T/C and emails re: review of analysis of FTC turnover documents (.2). Review summary of analysis of selected FTC turned over documents. Review most support files and comments. Identify items to discuss. T/C w/ RB to discuss same (.5). | | |
| 01-03-2024 | RB | Forensic Strategy & Analysis | 2.50 | 812.50 |
| | | Respond to KJ's inquiry of FTC file review re: next steps and recommendations (2.5). | | |
| 01-03-2024 | JD | Forensic Strategy & Analysis | 0.40 | 166.00 |
| | | Confer w/ RB re: master tracker and further background re: KJ email (.4). | | |
| 01-03-2024 | JD | Forensic Strategy & Analysis | 0.50 | 207.50 |
| | | Update w/ team re: review of hard drive and potential avoidable transfers. Review summary from RB (.4). Prepare for update call w/ counsel (.1). | | |
| 01-04-2024 | SP | Forensic Strategy & Analysis | 0.60 | 240.00 |
| | | Data review T/C w/ JD, RB and KJ (.3). | | |
| 01-04-2024 | RB | Forensic Strategy & Analysis | 1.00 | 325.00 |
| | | Meeting w/ KJ, SP and JD to review transactions re: FTC file analysis (1.0). | | |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Forensic Strategy & Analysis | | | | |
| 01-05-2024 | RB | Forensic Strategy & Analysis | 0.50 | 162.50 |
| | T/C w/ JD, KJ and counsel to review FTC file analysis and transactions. Confer w/ KJ post call (.5). | | | |
| 01-05-2024 | RB | Forensic Strategy & Analysis | 1.50 | 487.50 |
| | Create chronological analysis of bank transactions re: FTC files review. Confer w/ KJ re: discuss presentation format (1.5). | | | |
| 01-10-2024 | RB | Forensic Strategy & Analysis | 1.30 | 422.50 |
| | Review FTC files and chase bank transactions (1.3). | | | |
| | | | 10.70 | 3,649.00 |
| | | **Total** | 59.20 | 19,026.50 |

## Time Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Alicia Rodmel | 4.60 | 897.00 |
| Blake Hayes | 5.40 | 864.00 |
| Chuck Nguyen | 6.60 | 1,617.00 |
| David Stapleton | 3.00 | 1,305.00 |
| Deborah Burger | 1.30 | 305.50 |
| Jake Diiorio | 4.90 | 2,033.50 |
| Kenton Johnson | 19.30 | 7,527.00 |
| Ryan Belden | 8.50 | 2,762.50 |
| Stephen Potts | 0.60 | 240.00 |
| Yenni Liang | 5.00 | 1,475.00 |
| **Total** | | 19,026.50 |

| Activity | Hours | Amount |
|---|---|---|
| Accounting | 16.80 | 4,167.50 |
| Asset Disposition & Recovery | 10.30 | 4,027.00 |
| Asset Identification & Recovery | 7.30 | 2,847.00 |
| Case Management | 14.10 | 4,336.00 |
| Forensic Strategy & Analysis | 10.70 | 3,649.00 |
| | **Total Fees** | 19,026.50 |

## Expense Summary

| Expense | Amount |
|---|---|
| Copies | 21.80 |
| Other | 3.00 |
| Postage & Correspondence | 12.39 |
| **Total Expenses** | 37.19 |

**Total for this Invoice** 19,063.69

**Stapleton Group**
514 Via De La Valle
Ste 210
Solana Beach, CA 92075
213-235-0600
www.stapletoninc.com

February 29, 2024

**Federal Trade Commission - Green Equitable Solutions**

**Invoice Number: 7254**
Invoice Period: 02-01-2024 - 02-29-2024

## Time Details

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 02-05-2024 | AR | Accounting<br>Process bank statement. Review and archive same. Record JE (.4). | 0.40 | 78.00 |
| 02-05-2024 | AR | Accounting<br>Process ACH. Prepare and process deposit (.5). | 0.50 | 97.50 |
| 02-05-2024 | YL | Accounting<br>Confer w/ JD re: wire instructions (.2). | 0.20 | 59.00 |
| 02-05-2024 | YL | Accounting<br>Review and post JE G/L (.2). | 0.20 | 59.00 |
| 02-06-2024 | YL | Accounting<br>Review outgoing wire transfer (.3). Review accounting and entries w/ team (.2). | 0.50 | 147.50 |
| 02-07-2024 | AR | Accounting<br>Confer w/ YL re: wire release (.2). | 0.20 | 39.00 |
| 02-09-2024 | CN | Accounting<br>Perform bank reconciliations (.3). | 0.30 | 73.50 |
| 02-16-2024 | YL | Accounting<br>Review edits to monthly accounting. Process same and provide finalized report to team (.3). | 0.30 | 88.50 |
| 02-20-2024 | CN | Accounting<br>Review deposit slip (.1). | 0.10 | 24.50 |
| 02-20-2024 | AR | Accounting<br>Prepare and process deposit. Process cash receipt (.5). | 0.50 | 97.50 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Accounting | | | | |
| 02-23-2024 | AR | Accounting | 0.30 | 58.50 |
| | Process A/P (.3). | | | |
| 02-26-2024 | CN | Accounting | 0.10 | 24.50 |
| | Review, revise and post incoming fund (.1). | | | |
| 02-27-2024 | CN | Accounting | 0.10 | 24.50 |
| | Review and post A/R batch (.1). | | | |
| 02-27-2024 | YL | Accounting | 0.50 | 147.50 |
| | Review emails, prepare wire instruction and provide same to attorney (.5). | | | |
| 02-27-2024 | AR | Accounting | 0.20 | 39.00 |
| | Confer w/ KJ re: check received (.2). | | | |
| 02-28-2024 | CN | Accounting | 0.30 | 73.50 |
| | Review and approve PayScan invoice payment processing. Post, commit and process ACH payment adjustment. Review deposit slip (.3). | | | |
| 02-28-2024 | AR | Accounting | 0.50 | 97.50 |
| | Prepare and process deposit. Process cash receipt (.5). | | | |
| | | | 5.20 | 1,229.00 |
| Asset Disposition & Recovery | | | | |
| 02-09-2024 | DK | Asset Disposition & Recovery | 0.40 | 166.00 |
| | T/C and review and coordinate sale and damage (.4). | | | |
| 02-22-2024 | DK | Asset Disposition & Recovery | 0.70 | 290.50 |
| | Review of status of work required and confer w/ JD and KJ re same (.7). | | | |
| 02-23-2024 | DK | Asset Disposition & Recovery | 0.60 | 249.00 |
| | T/C and coordinate work required to repair property (.6). | | | |
| 02-26-2024 | DK | Asset Disposition & Recovery | 0.60 | 249.00 |
| | Review of status of repairs. T/C w/ contractors re: status and review of same (.6). | | | |
| 02-29-2024 | DK | Asset Disposition & Recovery | 0.60 | 249.00 |
| | Review and coordinate status of site and marketing requirements (.6). | | | |
| | | | 2.90 | 1,203.50 |
| Asset Identification & Recovery | | | | |
| 02-27-2024 | KJ | Asset Identification & Recovery | 0.10 | 39.00 |
| | Review emails re: funds turned over by FTC demand letters. | | | |
| | | | 0.10 | 39.00 |
| Case Management | | | | |
| 02-01-2024 | DS | Case Management | 0.30 | 130.50 |
| | Review emails from counsel. Update w/ team (.3). | | | |
| 02-02-2024 | KJ | Case Management | 0.70 | 273.00 |

| Date | Timekeeper | Activity | Hours | Amount |
|---|---|---|---|---|
| Case Management | | | | |
| | Review entered Order granting Summary Judgment and ordering banks to turn over any defendant account balances to Receiver. Consider scope of service and collection task. Prepare and forward email to attorney asking re: same and review response (.7). | | | |
| 02-03-2024 | JD | Case Management | 0.50 | 207.50 |
| | Review MSJ order and details related to turnover of additional accounts of Individual Defendants. Respond to email from Atty. del Castillo (.4). Follow-ups to same (.1). | | | |
| 02-05-2024 | JD | Case Management | 0.70 | 290.50 |
| | Update w/ Atty. del Castillo re: Order on MSJ and Order on Default Judgment (.2). Conf. call w/ Attys. del Castillo, Freeman, Layugan and Yee re: plan for collection of any additional assets order to be turned over to receiver and service of orders (.5). | | | |
| 02-05-2024 | DB | Case Management | 0.10 | 23.50 |
| | Process incoming mail (.1). | | | |
| 02-06-2024 | KJ | Case Management | 0.40 | 156.00 |
| | Review revised filing for interim Receivership status court report (.4). | | | |
| 02-07-2024 | DB | Case Management | 0.20 | 47.00 |
| | Process incoming mail. | | | |
| 02-07-2024 | JD | Case Management | 0.40 | 166.00 |
| | Review revised draft of status report and respond to Atty. del Castillo re: same (.4). | | | |
| 02-07-2024 | DS | Case Management | 0.30 | 130.50 |
| | Review of supplemental report (.3). | | | |
| 02-13-2024 | DS | Case Management | 0.30 | 130.50 |
| | Review Nabati settlement and issues (.3). | | | |
| 02-15-2024 | DB | Case Management | 0.20 | 47.00 |
| | Process Nabati settlement agreement (.2). | | | |
| 02-20-2024 | DB | Case Management | 0.30 | 70.50 |
| | Process incoming mail (.3). | | | |
| 02-21-2024 | KJ | Case Management | 0.80 | 312.00 |
| | Review email re: banking practices. Review prior reports and documents. Prepare and forward reply (.8). | | | |
| 02-26-2024 | DS | Case Management | 0.30 | 130.50 |
| | Review case and confer w/ team. Update on court hearings / dates (.3). | | | |
| 02-27-2024 | DB | Case Management | 0.20 | 47.00 |
| | Process incoming mail (.2). | | | |
| | | | 5.70 | 2,162.00 |
| | | **Total** | 13.90 | 4,633.50 |

## Time Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Alicia Rodmel | 2.60 | 507.00 |
| Chuck Nguyen | 0.90 | 220.50 |

| Timekeeper | Hours | Amount |
|---|---|---|
| David Kieffer | 2.90 | 1,203.50 |
| David Stapleton | 1.20 | 522.00 |
| Deborah Burger | 1.00 | 235.00 |
| Jake Diiorio | 1.60 | 664.00 |
| Kenton Johnson | 2.00 | 780.00 |
| Yenni Liang | 1.70 | 501.50 |
| **Total** | | 4,633.50 |

| Activity | Hours | Amount |
|---|---|---|
| Accounting | 5.20 | 1,229.00 |
| Asset Disposition & Recovery | 2.90 | 1,203.50 |
| Asset Identification & Recovery | 0.10 | 39.00 |
| Case Management | 5.70 | 2,162.00 |
| | **Total Fees** | 4,633.50 |

## Expense Summary

| Expense | Amount |
|---|---|
| Copies | 22.70 |
| **Total Expenses** | 22.70 |

**Total for this Invoice** 4,656.20

# EXHIBIT 2

03/06/24 16:14:52 PROFORMA STATEMENT FOR MATTER 393157.00002 (Stapleton, David P.) (General Receivership)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua
Matter #: 393157.00002
Client Name: Stapleton, David P.
Date of Last Billing: 09/28/23
Matter Name: General Receivership
Proforma Number: 1263322
Client/Matter Joint Group # 393157.1
Client Matter Number:

**Fees for Matter 393157.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/23 | 9402000 | Draft proposed order for sale of the two Harbor Woods properties (.2). | Robichaud, James | 0.20 | 77.35 | 77.35 | WO | HD | TR | ____ |
| 11/08/23 | 9407922 | Initial review of lien/demand letter from Nabati parents relating to the proceeds of real property sales (.3); legal analysis regarding lien creation law in California (1.1). | Robichaud, James | 1.40 | 541.45 | 618.80 | WO | HD | TR | ____ |
| 11/27/23 | 9427099 | Emails and confer with J. Robichaud regarding outstanding case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 969.43 | WO | HD | TR | ____ |
| 12/08/23 | 9440828 | Prepare for and teleconference with M. Freeman regarding status of receivership and key pending issues (0.5); emails and teleconference with Receiver's office regarding same (0.3); prepare for and teleconference with Receiver's office regarding pending case administration matters (0.5). | Del Castillo, Joshua | 1.30 | 911.63 | 1,881.06 | WO | HD | TR | ____ |
| 12/12/23 | 9445709 | Review final versions of filings and provide final comments (0.5); attention to filing-related matters (0.2). | Del Castillo, Joshua | 0.70 | 490.88 | 2,371.94 | WO | HD | TR | ____ |

**Fees for Matter 393157.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/23 | 9454869 | Review DFPI supplemental disclosures and confer regarding same (0.2). | Del Castillo, Joshua | 0.20 | 140.25 | 2,512.19 | WO | HD | TR | ____ |
| 12/22/23 | 9457145 | Review recent regulator filings and court orders (0.6); review notes and prepare inquiries to Receiver's office and counsel regarding pending case administration matters (0.4). | Del Castillo, Joshua | 1.00 | 701.25 | 3,213.44 | WO | HD | TR | ____ |
| 12/26/23 | 9459271 | Review dockets and notes and attend to pending case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 3,564.07 | WO | HD | TR | ____ |
| 12/29/23 | 9462065 | Analysis regarding issues regarding wind-down and termination of receivership (1.1). | Del Castillo, Joshua | 1.10 | 771.38 | 4,335.45 | WO | HD | TR | ____ |
| 01/01/24 | 9464461 | Emails with AM counsel and attention to case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 4,686.08 | WO | HD | TR | ____ |
| 01/04/24 | 9468303 | Correspondence with counsel and Receiver's office (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 5,036.71 | WO | HD | TR | ____ |
| 01/05/24 | 9468563 | Prepare for and teleconference with Receiver's office regarding case administration issues (0.6); emails regarding same (0.2). | Del Castillo, Joshua | 0.80 | 561.00 | 5,597.71 | WO | HD | TR | ____ |
| 01/08/24 | 9471023 | Attention to case administration matters (0.4); review and respond to correspondence from counsel for Nabati parents (0.1); update and inquiry to Receiver's office (0.4). | Del Castillo, Joshua | 0.90 | 631.13 | 6,228.84 | WO | HD | TR | ____ |
| 01/09/24 | 9472578 | Prepare for and teleconference with F. Farmazi, counsel for Nabati parents (0.5); | Del Castillo, Joshua | 1.10 | 771.38 | 7,000.22 | WO | HD | TR | ____ |

**Fees for Matter 393157.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | confer with J. Robichaud regarding necessary additional legal analysis (0.4); teleconference with FTC regarding status of receivership (0.2). | | | | | | | | |
| 01/10/24 | 9473581 | Review docket and recent filings (0.3); confer with counsel and Receiver's office regarding upcoming hearing (0.3); prepare materials and notes for hearing (0.5). | Del Castillo, Joshua | 1.10 | 771.38 | 7,771.60 | WO | HD | TR | ____ |
| 02/02/24 | 9501752 | Legal analysis in connection with prospective wind-down of receivership and prepare revised outline for motion to terminate receivership (1.5); review order on motions for summary judgment and emails with Receiver's office and regulators regarding same (0.7). | Del Castillo, Joshua | 2.20 | 1,542.75 | 9,314.35 | WO | HD | TR | ____ |
| 02/05/24 | 9503288 | Review order granting request for default judgment and correspondence with Receiver's office regarding same (1.0); teleconference with Receiver's office (0.4); teleconference with regulators (0.5); teleconference with J. Robichaud regarding final report and accounting and motion to close receivership (0.3). | Del Castillo, Joshua | 2.20 | 1,542.75 | 10,857.10 | WO | HD | TR | ____ |
| 02/06/24 | 9505437 | Confer with counsel and Receiver's office regarding anticipted wind-down of receivership (0.3); revise Supplemental Report and deliver to Receiver for review and approval (0.5). | Del Castillo, Joshua | 0.80 | 561.00 | 11,418.10 | WO | HD | TR | ____ |
| 02/09/24 | 9508274 | Emails with Receiver's office and confer with counsel regarding pending case administration and receivership wind-down | Del Castillo, Joshua | 1.10 | 771.38 | 12,189.48 | WO | HD | TR | ____ |

**Fees for Matter 393157.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | matters (0.6); review documents in connection with same (0.5). | | | | | | | | |
| 02/20/24 | 9520419 | Emails and teleconferences with J. Robichaud regarding receivership wind-down motion and tasks (0.6). | Del Castillo, Joshua | 0.60 | 420.75 | 12,610.23 | WO | HD | TR | ____ |
| 02/21/24 | 9521344 | Emails with Receiver's office and regulators regarding status of receivership and anticipated wind-down motion (0.4); review and confer regarding correspondence received from defrauded consumer attorney regarding related litigation and emails to Receiver regarding same (0.5). | Del Castillo, Joshua | 0.90 | 631.13 | 13,241.36 | WO | HD | TR | ____ |
| 02/26/24 | 9527970 | Attention to case administration matters and correspondence with Receiver's office regarding same (0.6). | Del Castillo, Joshua | 0.60 | 420.75 | 13,662.11 | WO | HD | TR | ____ |
| 02/26/24 | 9528849 | Outline and draft Wind-Down Motion and related filings, including memorandum of points and authorities (1.6). | Robichaud, James | 1.60 | 618.80 | 14,280.91 | WO | HD | TR | ____ |
| 02/27/24 | 9528290 | Confer extensively with J. Robichaud regarding receivership wind-down papers and attention to issues regarding same (0.6); emails with Receiver's office (0.2). | Del Castillo, Joshua | 0.80 | 561.00 | 14,841.91 | WO | HD | TR | ____ |
| 02/27/24 | 9528848 | Draft Final Report, Notice of Motion and Motion to Wind Down, and the memorandum of points and authorities ISO Wind Down Motion (1.9). | Robichaud, James | 1.90 | 734.83 | 15,576.74 | WO | HD | TR | ____ |
| 02/28/24 | 9529624 | Review draft motion to close receivership and confer with J. Robichaud regarding necessary preliminary revisions (0.5); | Del Castillo, Joshua | 0.80 | 561.00 | 16,137.74 | WO | HD | TR | ____ |

**Fees for Matter 393157.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | emails with Receiver and plaintiff regulators (0.3). | | | | | | | | |
| 02/28/24 | 9529646 | Continue to draft and revise wind-down motion and related filings (1.0). | Robichaud, James | 1.00 | 386.75 | 16,524.49 | WO | HD | TR | ____ |
| 02/29/24 | 9530719 | Confer with J. Robichaud regarding status of wind-down materials and provide recommendations for same (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 16,875.12 | WO | HD | TR | ____ |
| 02/29/24 | 9530858 | Revise drafts of materials associated with the Wind-Down motion (.7). | Robichaud, James | 0.70 | 270.73 | 17,145.85 | WO | HD | TR | ____ |
| 02/29/24 | 9531144 | Review and prepare revisions to draft motion to wind-down receivership (1.5); confer with J. Robichaud and Receiver's office (0.9). | Del Castillo, Joshua | 2.40 | 1,683.00 | 18,828.85 | WO | HD | TR | ____ |

**Disbursements for Matter 393157.00002 (General Receivership)**

| Trans Date | Index | Type | Quantity | Amt | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/09/23 | 2847554 | DCSRCH – Nationwide Legal, LLC - United States District Court Central District of California, Stipulation re Sale of Residential Real Properties; Order Authorizing Receiver to Consummate Sale of Residential Real Properties | 0.00 | 455.00 | WO | HD | TR | ____ |
| 11/14/23 | 2847069 | MSNGR – Federal Express - Ship To: John Song Escrow Officer - Granite Escrow & Settlement Sr | 0.00 | 18.23 | WO | HD | TR | ____ |
| 11/15/23 | 2846825 | BW – Duplication - Black & White Copies | 90.00 | 17.10 | WO | HD | TR | ____ |
| 11/15/23 | 2848462 | MSNGR – Federal Express - Ship To: Farah Faramarzi, Esq - Lioness Law Group | 0.00 | 16.72 | WO | HD | TR | ____ |
| 11/30/23 | 2864975 | EDISC – Sandline Discovery LLC - Everlaw eDiscovery technology and services for November 2023 | 0.00 | 1,480.00 | WO | HD | TR | ____ |

**Disbursements for Matter 393157.00002 (General Receivership)**

| Trans Date | Index | Type | Quantity | Amt | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/31/23 | 2864977 | EDISC – Sandline Discovery LLC - Everlaw eDiscovery technology and services for December 2023 | 0.00 | 1,480.00 | WO | HD | TR | _____ |
| 01/31/24 | 2864981 | EDISC – Sandline Discovery LLC - Everlaw eDiscovery technology and services for January 2024 | 0.00 | 1,480.00 | WO | HD | TR | _____ |
| 02/28/24 | 2865138 | COLOR – Duplication - Color Copies | 54.00 | 13.50 | WO | HD | TR | _____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001842 | Del Castillo, Joshua | 23.10 | 701.25 | 16,198.94 |
| 002592 | Robichaud, James | 6.80 | 386.75 | 2,629.91 |
| | | 29.90 | | $18,828.85 |
| Subtotal Fees | | | | $18,828.85 |
| Discount | | | | 0.00 |
| Total Fees | | | | 18,828.85 |
| Total Disbursements | | | | 4,960.55 |

**Attorney Billing Instructions**

( } BILL ALL ( } Hold
( } BILL FEES ONLY ( } Write Off
( } BILL COST ONLY ( } Transfer All

**Billing Instructions**

expires 6/30/2024: 15% off standard rates (automatic)

**Account Summary – As Of 03/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 40,247.43 | 30,880.63 | 9,366.80 | 16,547.90 | 15,054.40 | 1,493.50 | 71,198.64 | 62,280.26 | 8,918.38 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,535.95 | 1,365.53 | 170.42 |
| Billed | 33,991.93 | 30,034.10 | 3,957.83 | 0.00 | 0.00 | 0.00 | 30,034.10 | 30,034.10 | 3,957.83 |
| Collected | 33,991.93 | 30,034.10 | 3,957.83 | 0.00 | 0.00 | 0.00 | 33,991.93 | 30,034.10 | 3,957.83 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | ***Total*** | ***Fees*** | ***Costs*** |
|---|---|---|---|
| ***WIP Balance*** | ***39,538.30*** | ***30,880.63*** | ***8,657.67*** |
| ***AR Balance*** | ***0.00*** | ***0.00*** | ***0.00*** |
| ***Unalloc Payment*** | ***0.00*** | | |
| ***Client Trust Balance*** | ***0.00*** | | |

**Billing Address**

Stapleton, David P.
David P. Stapleton, CPA
Stapleton Group
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071

03/06/24 16:14:54 PROFORMA STATEMENT FOR MATTER 393157.00003 (Stapleton, David P.) (Asset Recovery & Management)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua
Matter #: 393157.00003
Client Name: Stapleton, David P.
Date of Last Billing: 09/28/23
Matter Name: Asset Recovery & Management
Proforma Number: 1263322
Client/Matter Joint Group # 393157.1
Client Matter Number:

**Fees for Matter 393157.00003.(Asset Recovery & Management)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/23 | 9407862 | Review Nabati parents' demand and "lien claim" to Receiver and correspondence with client regarding same (0.5); legal analysis in connection with same (0.6). | Del Castillo, Joshua | 1.10 | 771.38 | 771.38 | WO | HD | TR | ____ |
| 11/09/23 | 9408925 | Review of text messages between Nabati family in connection with the Nabati parents' demand letter (.5). | Robichaud, James | 0.50 | 193.38 | 964.76 | WO | HD | TR | ____ |
| 11/09/23 | 9409050 | Review and respond to correspondence from J. Robichaud regarding Nabati parent demands (0.3); prepare outline for formal response to Nabati parents (0.5). | Del Castillo, Joshua | 0.80 | 561.00 | 1,525.76 | WO | HD | TR | ____ |
| 11/10/23 | 9410090 | Review materials and prepare response to Nabati parents' demand letter and assertion of lien (1.0); confer with Receiver's office regarding same (0.3). | Del Castillo, Joshua | 1.30 | 911.63 | 2,437.39 | WO | HD | TR | ____ |
| 11/13/23 | 9412913 | Review Nabati parent deposition testimony and revise letter to Nabatis' counsel (1.0). | Del Castillo, Joshua | 1.00 | 701.25 | 3,138.64 | WO | HD | TR | ____ |
| 11/14/23 | 9414650 | Finalize detailed response regarding Nabati parents claim lien to counsel and transmit. | Del Castillo, Joshua | 0.70 | 490.88 | 3,629.52 | WO | HD | TR | ____ |

**Fees for Matter 393157.00003.(Asset Recovery & Management)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/23 | 9417180 | Follow-up with Receiver counsel concerning claim of secure interest by relative of M. Nabati and confer as to the Receiver's response. | Zaro, David | 0.30 | 274.13 | 3,903.65 | WO | HD | TR | ____ |
| 11/15/23 | 9415708 | Coordinate hard copy letter delivery to counsel for Nabati parents regarding asserted liens (.1); discuss attendant issues with J. del Castillo (.1). | Robichaud, James | 0.20 | 77.35 | 3,981.00 | WO | HD | TR | ____ |
| 12/06/23 | 9439492 | Review correspondence from Nabati parent counsel and analysis of issues presented (1.2). | Del Castillo, Joshua | 1.20 | 841.50 | 4,822.50 | WO | HD | TR | ____ |
| 12/07/23 | 9439632 | Review correspondence from Nabati parents' attorney (.2); review available bank statements to confirm asserted payments (.3); other document review relating to the parents' claims (.8). | Robichaud, James | 1.30 | 502.78 | 5,325.28 | WO | HD | TR | ____ |
| 12/07/23 | 9439947 | Legal analysis of claims inquiries posed by Receiver's office and recent consumer inquiries (1.0). | Del Castillo, Joshua | 1.00 | 701.25 | 6,026.53 | WO | HD | TR | ____ |
| 12/08/23 | 9440988 | Review materials in connection with prospective fraudulent transfer claims (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 6,377.16 | WO | HD | TR | ____ |
| 12/18/23 | 9451481 | Complete review of materials in connection with Nabati parents' alleged claim and correspondence with counsel regarding same (0.7). | Del Castillo, Joshua | 0.70 | 490.88 | 6,868.04 | WO | HD | TR | ____ |
| 01/05/24 | 9469190 | Analysis of new prospective fraudulent transfer question and confer with J. Robichaud regarding same (0.6); email with | Del Castillo, Joshua | 1.00 | 701.25 | 7,569.29 | WO | HD | TR | ____ |

**Fees for Matter 393157.00003.(Asset Recovery & Management)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | counsel for Nabati parents and follow-up with J. Robichaud and Receiver's office regarding same (0.4). | | | | | | | | |
| 01/08/24 | 9470514 | Confer with D. Zaro regarding prospective demand regarding fraudulent transfer (0.2); follow-up legal analysis (0.3). | Del Castillo, Joshua | 0.50 | 350.63 | 7,919.92 | WO | HD | TR | ____ |
| 01/08/24 | 9535773 | Analysis of the prospective fraudulent conveyance claims and address the status of the accounting, investigation and support for claims, advice to counsel (.2). | Zaro, David | 0.20 | 182.75 | 8,102.67 | WO | HD | TR | ____ |
| 01/09/24 | 9472708 | Legal analysis regarding prospective fraudulent transfer demand (0.9); prepare for and teleconference with Receiver's office regarding same (0.3); review correspondence and documents from K. Johnston and confer regarding same (0.4). | Del Castillo, Joshua | 1.60 | 1,122.00 | 9,224.67 | WO | HD | TR | ____ |
| 01/18/24 | 9481813 | Teleconference with Receiver's office regarding prospective and outstanding asset recovery inquiries (0.5); review documents transmitted by Receiver's office regarding same (1.0). | Del Castillo, Joshua | 1.50 | 1,051.88 | 10,276.55 | WO | HD | TR | ____ |
| 01/22/24 | 9486291 | Complete analysis of fraudulent transfer issue (0.7); prepare demand / settlement letter to counsel for Nabati parents (0.4); email to Receiver regarding same (0.1). | Del Castillo, Joshua | 1.20 | 841.50 | 11,118.05 | WO | HD | TR | ____ |
| 01/24/24 | 9488453 | Emails and teleconference with Receiver's office regarding fraudulent transfer issue (0.5); review notes and relevant Court orders (0.4); finalize correspondence to Nabati counsel regarding alleged | Del Castillo, Joshua | 1.30 | 911.63 | 12,029.68 | WO | HD | TR | ____ |

**Fees for Matter 393157.00003.(Asset Recovery & Management)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | reimbursement claim and transmit (0.4). | | | | | | | | |
| 01/29/24 | 9493782 | Emails with Nabati parent counsel and Receiver regarding f/c and reimbursement claims issues (0.5); confer with counsel regarding same (0.3). | Del Castillo, Joshua | 0.80 | 561.00 | 12,590.68 | WO | HD | TR | ____ |
| 01/30/24 | 9495341 | Review documents and prepare J&J Nabati draft settlement agreement and release (1.0). | Del Castillo, Joshua | 1.00 | 701.25 | 13,291.93 | WO | HD | TR | ____ |
| 01/30/24 | 9496667 | Evaluate the draft of the Nabati settlement/fraudulent conveyance issues and advice to counsel related to terms of settlement. | Zaro, David | 0.30 | 274.12 | 13,566.05 | WO | HD | TR | ____ |
| 02/08/24 | 9507416 | Complete revisions to draft settlement agreement and transmit to F. Faramarzi for review and comment (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 13,916.68 | WO | HD | TR | ____ |
| 02/13/24 | 9513208 | Correspondence with atty F. Faramarzi regarding Nabati settlement (0.3); prepare requested revisions to settlement and transmit for execution (0.3); emails to Receiver's office regarding outstanding asset recovery issues (0.4); legal analysis in connection with same (0.4). | Del Castillo, Joshua | 1.40 | 981.75 | 14,898.43 | WO | HD | TR | ____ |
| 02/14/24 | 9514524 | Emails with counsel F. Faramarzi and Receiver's office regarding Nabati parent settlement/waiver (0.3). | Del Castillo, Joshua | 0.30 | 210.38 | 15,108.81 | WO | HD | TR | ____ |
| 02/15/24 | 9515293 | Emails to Receiver's office regarding asset recovery waiver/settlement and confer with AM counsel regarding same (0.3); review documents in connection with anticipated | Del Castillo, Joshua | 0.80 | 561.00 | 15,669.81 | WO | HD | TR | ____ |

**Fees for Matter 393157.00003.(Asset Recovery & Management)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | turnover demand (0.5). | | | | | | | | |
| 02/21/24 | 9521345 | Emails with Receiver's office regarding funds received pursuant to judgment (0.2). | Del Castillo, Joshua | 0.20 | 140.25 | 15,810.06 | WO | HD | TR | ____ |
| 02/26/24 | 9525562 | Draft letter to attorney Sara Azari regarding demand for turnover of certain receivership funds (.5). | Robichaud, James | 0.50 | 193.37 | 16,003.43 | WO | HD | TR | ____ |
| 02/27/24 | 9528071 | Review and revise draft turnover letter and confer with J. Robichaud regarding same (0.2). | Del Castillo, Joshua | 0.20 | 140.25 | 16,143.68 | WO | HD | TR | ____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | Zaro, David | 0.80 | 913.75 | 731.00 |
| 001842 | Del Castillo, Joshua | 20.60 | 701.25 | 14,445.80 |
| 002592 | Robichaud, James | 2.50 | 386.75 | 966.88 |
| | | 23.90 | | $16,143.68 |
| Subtotal Fees | | | | $16,143.68 |
| Discount | | | | 0.00 |
| Total Fees | | | | 16,143.68 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

| | | | |
|---|---|---|---|
| ( } | BILL ALL | ( } | Hold |
| ( } | BILL FEES ONLY | ( } | Write Off |
| ( } | BILL COST ONLY | ( } | Transfer All |

**Billing Instructions**

expires 6/30/2024: 15% off standard rates (automatic)

**Account Summary – As Of 03/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 22,240.74 | 22,240.74 | 0.00 | 11,254.45 | 11,254.45 | 0.00 | 71,386.66 | 71,386.66 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,028.10 | 2,028.10 | 0.00 |
| Billed | 47,117.82 | 47,117.82 | 0.00 | 0.00 | 0.00 | 0.00 | 47,117.82 | 47,117.82 | 0.00 |
| Collected | 47,117.82 | 47,117.82 | 0.00 | 0.00 | 0.00 | 0.00 | 47,117.82 | 47,117.82 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | ***Total*** | ***Fees*** | ***Costs*** |
|---|---|---|---|
| ***WIP Balance*** | ***22,240.74*** | ***22,240.74*** | ***0.00*** |
| ***AR Balance*** | ***0.00*** | ***0.00*** | ***0.00*** |
| ***Unalloc Payment*** | ***0.00*** | | |
| ***Client Trust Balance*** | ***0.00*** | | |

**Billing Address**

Stapleton, David P.
David P. Stapleton, CPA
Stapleton Group
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071

03/06/24 16:14:55 PROFORMA STATEMENT FOR MATTER 393157.00004 (Stapleton, David P.) (Investigation & Reporting)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua
Matter #: 393157.00004
Client Name: Stapleton, David P.
Date of Last Billing: 09/28/23
Matter Name: Investigation & Reporting
Proforma Number: 1263322
Client/Matter Joint Group # 393157.1
Client Matter Number:

**Fees for Matter 393157.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/23 | 9425070 | Follow-up inquiries to Receiver's office and counsel regarding pending document review (0.3); prepare notes for next interim report (0.3). | Del Castillo, Joshua | 0.60 | 420.75 | 420.75 | WO | HD | TR | ____ |
| 11/28/23 | 9428380 | Draft fourth interim report (1.6). | Robichaud, James | 1.60 | 618.80 | 1,039.55 | WO | HD | TR | ____ |
| 11/30/23 | 9430879 | Complete draft of fourth interim report (.8). | Robichaud, James | 0.80 | 309.40 | 1,348.95 | WO | HD | TR | ____ |
| 12/04/23 | 9436290 | Final revisions to interim report following input from J. del Castillo, including new section regarding claims process proposal (.6). | Robichaud, James | 0.60 | 232.05 | 1,581.00 | WO | HD | TR | ____ |
| 12/04/23 | 9436730 | Confer with J. Robichaud regarding draft interim report (0.5); review and respond to emails and propose draft language for same (0.6). | Del Castillo, Joshua | 1.10 | 771.38 | 2,352.38 | WO | HD | TR | ____ |
| 12/06/23 | 9438474 | Review and revise interim report (.5); confer with J. Robichaud and Receiver's office regarding same (0.2); emails with | Del Castillo, Joshua | 1.10 | 771.38 | 3,123.76 | WO | HD | TR | ____ |

**Fees for Matter 393157.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Receiver's office and regulator plaintiffs (0.4). | | | | | | | | |
| 12/07/23 | 9439582 | Review documents and confer with J. Robichaud regarding payments made in connection with Nabati properties (1.2); legal analysis in connection with same (0.5); correspondence regarding interim report (0.2). | Del Castillo, Joshua | 1.90 | 1,332.38 | 4,456.14 | WO | HD | TR | ____ |
| 12/08/23 | 9440830 | Revise interim report (0.4). | Del Castillo, Joshua | 0.40 | 280.50 | 4,736.64 | WO | HD | TR | ____ |
| 12/09/23 | 9441941 | Revise interim report and prepare notes regarding same for discussion with Receiver (.6). | Del Castillo, Joshua | 0.60 | 420.75 | 5,157.39 | WO | HD | TR | ____ |
| 12/29/23 | 9462063 | Review correspondence with Receiver's office and prepare notes in anticipation of supplemental report to Court (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 5,508.02 | WO | HD | TR | ____ |
| 01/08/24 | 9473933 | Evaluate the issues and approach to closing, accounting and advice to counsel (.3). | Zaro, David | 0.30 | 274.12 | 5,782.14 | WO | HD | TR | ____ |
| 01/17/24 | 9480803 | Confer with counsel regarding supplemental report to Court and prepare outline regarding same (0.9); review materials transmitted from Receiver's office (0.5). | Del Castillo, Joshua | 1.40 | 981.75 | 6,763.89 | WO | HD | TR | ____ |
| 01/22/24 | 9486319 | Review correspondence from Receiver's office and prepare outline for Supplemental Report (0.6). | Del Castillo, Joshua | 0.60 | 420.75 | 7,184.64 | WO | HD | TR | ____ |
| 01/24/24 | 9488657 | Update report outline (0.2); emails with AM counsel regarding report and accounting | Del Castillo, Joshua | 0.70 | 490.88 | 7,675.52 | WO | HD | TR | ____ |

**Fees for Matter 393157.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | issues (0.5). | | | | | | | | |
| 01/29/24 | 9493151 | Review documents and emails from Receiver's office, and prepare Supplemental Report (2.5). | Del Castillo, Joshua | 2.50 | 1,753.13 | 9,428.65 | WO | HD | TR | ____ |
| 01/30/24 | 9495546 | Emails with Receiver's office regarding revisions to draft Supplemental Report and complete revisions to same (0.7); prepare meet and confer emails to regulators (0.1); follow-up emails to Receiver's office (0.2). | Del Castillo, Joshua | 1.00 | 701.25 | 10,129.90 | WO | HD | TR | ____ |
| 01/31/24 | 9496753 | Prepare additional revisions to supplemental report and confer regarding same (0.8). | Del Castillo, Joshua | 0.80 | 561.00 | 10,690.90 | WO | HD | TR | ____ |
| 02/07/24 | 9506477 | Confer with Receiver's office regarding additional revisions to Supplemental Report and finalize report for filing (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 11,041.53 | WO | HD | TR | ____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | Zaro, David | 0.30 | 913.73 | 274.12 |
| 001842 | Del Castillo, Joshua | 13.70 | 701.25 | 9,607.16 |
| 002592 | Robichaud, James | 3.00 | 386.75 | 1,160.25 |
| | | 17.00 | | $11,041.53 |
| Subtotal Fees | | | | $11,041.53 |
| Discount | | | | 0.00 |
| Total Fees | | | | 11,041.53 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

( } BILL ALL ( } Hold

03/06/24 16:14:55 PROFORMA STATEMENT FOR MATTER 393157.00004 (Stapleton, David P.) (Investigation & Reporting)

( } BILL FEES ONLY
( } BILL COST ONLY

( } Write Off
( } Transfer All

**Billing Instructions**

expires 6/30/2024: 15% off standard rates (automatic)

**Account Summary – As Of 03/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 34,777.47 | 34,777.47 | 0.00 | 6,268.34 | 6,268.34 | 0.00 | 98,353.91 | 98,353.91 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,768.05 | 3,768.05 | 0.00 |
| Billed | 59,873.85 | 59,873.85 | 0.00 | 0.00 | 0.00 | 0.00 | 59,873.85 | 59,873.85 | 0.00 |
| Collected | 59,873.85 | 59,873.85 | 0.00 | 0.00 | 0.00 | 0.00 | 59,873.85 | 59,873.85 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | ***Total*** | ***Fees*** | ***Costs*** |
|---|---|---|---|
| ***WIP Balance*** | ***34,777.47*** | ***34,777.47*** | ***0.00*** |
| ***AR Balance*** | ***0.00*** | ***0.00*** | ***0.00*** |
| ***Unalloc Payment*** | ***0.00*** | | |
| ***Client Trust Balance*** | ***0.00*** | | |

**Billing Address**

Stapleton, David P.
David P. Stapleton, CPA
Stapleton Group
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071

03/06/24 16:14:56 PROFORMA STATEMENT FOR MATTER 393157.00005 (Stapleton, David P.) (Consumer / Creditors Issues & Communicat)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua
Matter #: 393157.00005
Client Name: Stapleton, David P.
Date of Last Billing: 09/28/23
Matter Name: Consumer / Creditors Issues & Communicat
Proforma Number: 1263322
Client/Matter Joint Group # 393157.1
Client Matter Number:

**Fees for Matter 393157.00005.(Consumer / Creditors Issues & Communicat)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/24 | 9478471 | Review voicemail from and teleconference with consumer regarding status of receivership and prospective claims or distribution process (0.5); emails with counsel regarding customer contact matters and confer regarding same (0.6). | Del Castillo, Joshua | 1.10 | 771.38 | 771.38 | WO | HD | TR | ____ |
| 02/09/24 | 9508967 | Teleconference with apparently defrauded customer and confer regarding status of receivership case and recent supplemental report (0.5); follow-up emails to AM counsel regarding same (0.2). | Del Castillo, Joshua | 0.70 | 490.88 | 1,262.26 | WO | HD | TR | ____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001842 | Del Castillo, Joshua | 1.80 | 701.26 | 1,262.26 |
| | | 1.80 | | $1,262.26 |
| Subtotal Fees | | | | $1,262.26 |
| Discount | | | | 0.00 |
| Total Fees | | | | 1,262.26 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

| | | | |
|---|---|---|---|
| ( } | BILL ALL | ( } | Hold |
| ( } | BILL FEES ONLY | ( } | Write Off |
| ( } | BILL COST ONLY | ( } | Transfer All |

**Billing Instructions**

expires 6/30/2024: 15% off standard rates (automatic)

**Account Summary – As Of 03/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 3,443.37 | 3,443.37 | 0.00 | 1,262.26 | 1,262.26 | 0.00 | 6,954.74 | 6,954.74 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billed | 3,511.37 | 3,511.37 | 0.00 | 0.00 | 0.00 | 0.00 | 3,511.37 | 3,511.37 | 0.00 |
| Collected | 3,511.37 | 3,511.37 | 0.00 | 0.00 | 0.00 | 0.00 | 3,511.37 | 3,511.37 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | ***Total*** | ***Fees*** | ***Costs*** |
|---|---|---|---|
| ***WIP Balance*** | ***3,443.37*** | ***3,443.37*** | ***0.00*** |
| ***AR Balance*** | ***0.00*** | ***0.00*** | ***0.00*** |
| ***Unalloc Payment*** | ***0.00*** | | |
| ***Client Trust Balance*** | ***0.00*** | | |

**Billing Address**

Stapleton, David P.
David P. Stapleton, CPA
Stapleton Group
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071

03/06/24 16:14:57 PROFORMA STATEMENT FOR MATTER 393157.00006 (Stapleton, David P.) (Sale, Disposition &Transfer of Assets)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua
Matter #: 393157.00006
Client Name: Stapleton, David P.
Date of Last Billing: 09/28/23
Matter Name: Sale, Disposition &Transfer of Assets
Proforma Number: 1263322
Client/Matter Joint Group # 393157.1
Client Matter Number:

**Fees for Matter 393157.00006.(Sale, Disposition &Transfer of Assets)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/23 | 9400751 | Prepare revisions to stipulation and confer with D. Zaro regarding same (0.5); emails with Receiver's office regarding sale issues and revised stipulation (0.3); legal analysis in connection with title insurer inquiry (0.5); transmit draft revised stipulation to title insurer (0.1). | Del Castillo, Joshua | 1.40 | 981.75 | 981.75 | WO | HD | TR | ____ |
| 11/01/23 | 9403046 | Evaluate sale strategy concerning the real properties and stipulation, follow-up advice to counsel. | Zaro, David | 0.40 | 365.50 | 1,347.25 | WO | HD | TR | ____ |
| 11/02/23 | 9401705 | Review and respond to correspondence from title insurer, lienholder bank, and Receiver's office regarding pending sales (0.9); prepare updates to plaintiff regulators and review and respond to inquiries and comments regarding same (0.5); revise sale-related materials (0.6). | Del Castillo, Joshua | 2.00 | 1,402.50 | 2,749.75 | WO | HD | TR | ____ |
| 11/03/23 | 9402825 | Review updated materials from title and confer with Receiver's office regarding same (1.1); finalize stipulation and attendant order (0.7); attention to sale | Del Castillo, Joshua | 2.40 | 1,683.00 | 4,432.75 | WO | HD | TR | ____ |

**Fees for Matter 393157.00006.(Sale, Disposition &Transfer of Assets)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | issues (0.6). | | | | | | | | |
| 11/06/23 | 9404771 | Prepare additional revisions to sale stipulation and sale-related materials (0.9); emails with Receiver's office regarding same (0.5); attention to title issues (0.5). | Del Castillo, Joshua | 1.90 | 1,332.38 | 5,765.13 | WO | HD | TR | ____ |
| 11/08/23 | 9407921 | Confer with Receiver's office regarding pending sales and prepare inquiry to Court regarding same (0.4). | Del Castillo, Joshua | 0.40 | 280.50 | 6,045.63 | WO | HD | TR | ____ |
| 11/09/23 | 9409151 | Review order authorizing sales, confer with Receiver's office, and confer regarding certified copies for recordation (1.0). | Del Castillo, Joshua | 1.00 | 701.25 | 6,746.88 | WO | HD | TR | ____ |
| 11/14/23 | 9414633 | Review and assemble documents for transmittal to title and escrow in connection with pending property sales (0.5); confer with counsel and Receiver's office regarding same (0.5). | Del Castillo, Joshua | 1.00 | 701.25 | 7,448.13 | WO | HD | TR | ____ |
| 11/17/23 | 9418263 | Communications with Receiver's office, title, and escrow regarding pending property sales and review materials in connection with same (1.1). | Del Castillo, Joshua | 1.10 | 771.38 | 8,219.51 | WO | HD | TR | ____ |
| 11/30/23 | 9431660 | Teleconference with Receiver's office regarding status of pending sales of Trust properties and confer with counsel regarding same (0.4). | Del Castillo, Joshua | 0.40 | 280.50 | 8,500.01 | WO | HD | TR | ____ |
| 12/13/23 | 9447175 | Review and respond to inquiries from Receiver's office regarding pending real property sales (0.3). | Del Castillo, Joshua | 0.30 | 210.38 | 8,710.39 | WO | HD | TR | ____ |

**Fees for Matter 393157.00006.(Sale, Disposition &Transfer of Assets)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/23 | 9448112 | Correspondence regarding real property sales (0.2). | Del Castillo, Joshua | 0.20 | 140.25 | 8,850.64 | WO | HD | TR | ____ |
| 12/19/23 | 9454055 | Follow-up with Receiver's office regarding real property sale issues (0.3). | Del Castillo, Joshua | 0.30 | 210.38 | 9,061.02 | WO | HD | TR | ____ |
| 12/27/23 | 9460737 | Correspondence with Receiver's office regarding pending property sales (0.3). | Del Castillo, Joshua | 0.30 | 210.38 | 9,271.40 | WO | HD | TR | ____ |
| 01/02/24 | 9465663 | Emails with Receiver's office regarding pending real property disposition and related matters (0.3). | Del Castillo, Joshua | 0.30 | 210.38 | 9,481.78 | WO | HD | TR | ____ |
| 01/03/24 | 9466748 | Review emails and documents from Receiver's office regarding real property disposition matters (0.5). | Del Castillo, Joshua | 0.50 | 350.63 | 9,832.41 | WO | HD | TR | ____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | Zaro, David | 0.40 | 913.75 | 365.50 |
| 001842 | Del Castillo, Joshua | 13.50 | 701.25 | 9,466.91 |
| | | 13.90 | | $9,832.41 |
| Subtotal Fees | | | | $9,832.41 |
| Discount | | | | 0.00 |
| Total Fees | | | | 9,832.41 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

| | | | |
|---|---|---|---|
| ( } | BILL ALL | ( } | Hold |
| ( } | BILL FEES ONLY | ( } | Write Off |
| ( } | BILL COST ONLY | ( } | Transfer All |

**Billing Instructions**

expires 6/30/2024: 15% off standard rates (automatic)

**Account Summary – As Of 03/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 22,049.06 | 22,049.06 | 0.00 | 561.01 | 561.01 | 0.00 | 40,356.40 | 40,356.40 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,119.45 | 1,119.45 | 0.00 |
| Billed | 17,187.89 | 17,187.89 | 0.00 | 0.00 | 0.00 | 0.00 | 17,187.89 | 17,187.89 | 0.00 |
| Collected | 17,187.89 | 17,187.89 | 0.00 | 0.00 | 0.00 | 0.00 | 17,187.89 | 17,187.89 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | ***Total*** | ***Fees*** | ***Costs*** |
|---|---|---|---|
| ***WIP Balance*** | ***22,049.06*** | ***22,049.06*** | ***0.00*** |
| ***AR Balance*** | ***0.00*** | ***0.00*** | ***0.00*** |
| ***Unalloc Payment*** | ***0.00*** | | |
| ***Client Trust Balance*** | ***0.00*** | | |

**Billing Address**

Stapleton, David P.
David P. Stapleton, CPA
Stapleton Group
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071

03/06/24 16:14:58 PROFORMA STATEMENT FOR MATTER 393157.00008 (Stapleton, David P.) (Claims & Distribution)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua
Matter #: 393157.00008
Client Name: Stapleton, David P.
Date of Last Billing:
Matter Name: Claims & Distribution
Proforma Number: 1263322
Client/Matter Joint Group # 393157.1
Client Matter Number:

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| | | 0.00 | | $0.00 |
| Subtotal Fees | | | | $0.00 |
| Discount | | | | 0.00 |
| Total Fees | | | | 0.00 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

( } BILL ALL
( } BILL FEES ONLY
( } BILL COST ONLY
( } Hold
( } Write Off
( } Transfer All

**Billing Instructions**

expires 6/30/2024: 15% off standard rates (automatic)

**Account Summary – As Of 03/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 420.75 | 420.75 | 0.00 | 0.00 | 0.00 | 0.00 | 420.75 | 420.75 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Collected | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | ***Total*** | ***Fees*** | ***Costs*** |
|---|---|---|---|
| ***WIP Balance*** | ***420.75*** | ***420.75*** | ***0.00*** |
| ***AR Balance*** | ***0.00*** | ***0.00*** | ***0.00*** |
| ***Unalloc Payment*** | ***0.00*** | | |
| ***Client Trust Balance*** | ***0.00*** | | |

**Billing Address**

Stapleton, David P.
David P. Stapleton, CPA
Stapleton Group
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071

03/06/24 16:14:59 PROFORMA STATEMENT FOR MATTER 393157.00009 (Stapleton, David P.) (Third Party Claims & Recoveries)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua
Matter #: 393157.00009
Client Name: Stapleton, David P.
Date of Last Billing:
Matter Name: Third Party Claims & Recoveries
Proforma Number: 1263322
Client/Matter Joint Group # 393157.1
Client Matter Number:

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| | | 0.00 | | $0.00 |
| Subtotal Fees | | | | $0.00 |
| Discount | | | | 0.00 |
| Total Fees | | | | 0.00 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

( } BILL ALL
( } BILL FEES ONLY
( } BILL COST ONLY
( } Hold
( } Write Off
( } Transfer All

**Billing Instructions**

expires 6/30/2024: 15% off standard rates (automatic)

**Account Summary – As Of 03/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 425.43 | 425.43 | 0.00 | 0.00 | 0.00 | 0.00 | 425.43 | 425.43 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Collected | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | ***Total*** | ***Fees*** | ***Costs*** |
|---|---|---|---|
| ***WIP Balance*** | ***425.43*** | ***425.43*** | ***0.00*** |
| ***AR Balance*** | ***0.00*** | ***0.00*** | ***0.00*** |
| ***Unalloc Payment*** | ***0.00*** | | |
| ***Client Trust Balance*** | ***0.00*** | | |

**Billing Address**

Stapleton, David P.
David P. Stapleton, CPA
Stapleton Group
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071